[ARGUMENT NOT YET SCHEDULED]
**UNITED STATES COURT OF APPEALS**
*for the* **District of Columbia Circuit**

| | |
|---|---|
| In re: ABD AL-RAHIM HUSSEIN AL-NASHIRI | ) No. 18-1279<br>)<br>) **SUPPLEMENTAL**<br>) **ATTACHMENTS TO**<br>) **PETITIONER'S**<br>) **PETITION FOR A WRIT**<br>) **OF MANDAMUS AND**<br>) **PROHIBITION**<br>)<br>) Dated: November 21, 2018<br>) |

Michel Paradis
CAPT Brian Mizer, USN, JAGC
LT Alaric Piette, USN, JAGC
U.S. Department of Defense
Military Commission Defense Organization
1620 Defense Pentagon
Washington, DC 20301

*Counsel for Petitioner*

**Volume 1 of 2**



Not a responsive record

**From:** Giles, Naomi (EOIR)
**Sent:** Wednesday, November 16, 2016 6:39 AM
**To:** Lee-Sullivan, Marcia L. (EOIR)
**Cc:** Roldan, Martin (EOIR); White, Tierney (EOIR)
**Subject:** IJ Packets

Good morning,

We received packets for the IJ's yesterday afternoon. Please confirm duty stations for the twelve listed below, so I may begin processing the memo and forwarding paperwork onto the security office.

Eric Marsteller – New Orleans
(b)(6)
Donald Thompson, Jr. –New York
(b)(6)
Charles Conroy – New York
Jankhana Desai – Los Angeles
David Whipple – Cleveland
Maria Navarro – New York
Jose Sanchez – Boston
Vance Spath – Arlington
Maria Lurye – New York
Bridget Virchis – Los Angeles

Naomi Giles
Human Resources Specialist (Staffing/Classification)
Executive Office for Immigration Review
Tele 703 305-0526/Fax 703 305-1456
iPhone (b)(6)

1

**Giles, Naomi (EOIR)**

| | |
|---|---|
| **From:** | Giles, Naomi (EOIR) |
| **Sent:** | Thursday, January 26, 2017 10:07 AM |
| **To:** | Hill, Bridgette (EOIR) |
| **Subject:** | RE: List of Pending IJ and BM Hiring Packets |

I have a handle on it. I changed the signature blocks on the orders yesterday and other pertinent information within each letter. Next week IF I get the approval to move forward I will move out on new the orders with the revisions. Nothing will happen this week as you know the AG has not been sworn in.

The only order we could fix was the one which we updated with AG Yates yesterday.

**From:** Hill, Bridgette (EOIR)
**Sent:** Thursday, January 26, 2017 9:57 AM
**To:** Giles, Naomi (EOIR)
**Subject:** RE: List of Pending IJ and BM Hiring Packets

Thanks for keeping me in the loop; however, after today I am not back in the office until Wednesday.

Is this something you need to meet with Cheryl Ambrose on so that she can keep the ball rolling, if anything comes down while you're out tomorrow? Thanks

**From:** Giles, Naomi (EOIR)
**Sent:** Wednesday, January 25, 2017 2:47 PM
**To:** Hill, Bridgette (EOIR)
**Subject:** FW: List of Pending IJ and BM Hiring Packets

FYI – only

Rhonda and I were able to adjust one of the orders with the signature of Ms. Yates, but not the twelve listed below which I will adjust accordingly as I hear back from Rhonda on the appropriate signature block. I picked up the AG Orders from Judy and Rhonda earlier this afternoon, so they are in my office.

**From:** Caldwell, Rhonda (EOIR)
**Sent:** Wednesday, January 25, 2017 2:37 PM
**To:** Giles, Naomi (EOIR)
**Subject:** List of Pending IJ and BM Hiring Packets

The hi-lighted packets are with Judy. We are still waiting for OARM to return the other.

## Temporary IJ Appointment Orders outside of EOIR;
(b)(6)

WF 154743 – Vance H. Spath (Arlington) – Remain pending in OARM since 12/02/16;
WF 154744 – Donald Thompson (New York) – Remain pending in OARM since 12/08/16;
WF 154745 – David C. Whipple (Cleveland) – Remain pending in OARM since 01/06/17; and
WF 154761 - Ryan R. Wood (Bloomington) – Remain pending in OARM since 12/12/16.

Temporary BM Appointment Outside of EOIR:

1

(b)(6)

**IJ Hiring Packets are pending with me until I receive further guidance regarding personnel changes from the Department and/or Director Osuna and Deputy Director Kocur**

**Permanent Appointment Orders:**
Nina M. Carbone (Aurora);
Molly Frazer (Florence);
Frank T. Pimental (Port Isabel); and
Arwin Swink (San Francisco).

**Temporary IJ Appointment Orders:**
Charlotte Marquez (New Orleans); and
James M. McCarthy (New York).

*R. Caldwell*

Executive Secretariat
Executive Office for Immigration Review (EOIR)
Office of the Director
5107 Leesburg Pike, Suite 2600
Falls Church, VA 20530
(703) 305-0169 (Main)
(703) 605-0590 (Direct)

Not a responsive record

Not a responsive record

**From:** Pryor, Holly (EOIR)
**Sent:** Thursday, March 23, 2017 3:19 PM
**To:** Lee-Sullivan, Marcia L. (EOIR)
**Cc:** Giles, Naomi (EOIR)
**Subject:** IJ Acceptance Offers - Updates

Hi Marcia,

The following individual has accepted the IJ offer:

- Ryan Randall Wood ( Bloomington Immigration Court)

The following individual would like to discuss the start date and salary:

- Vance Hudson Spath (Arlington) – he will be on active duty on the proposed EOD date. He has questions about starting at the IJ-1.

I'll keep you posted as the others call back.

Thank you!

Holly R. Pryor
Department of Justice
Executive Office for Immigration Review (EOIR)

3

5107 Leesburg Pike, Suite 2300
Falls Church, VA 22041
Human Resources Specialist (Staffing/Classification)
703-305-1171 (Work)
703-305-1456 (Fax)

**Giles, Naomi (EOIR)**

| | |
|---|---|
| **From:** | Giles, Naomi (EOIR) |
| **Sent:** | Thursday, March 30, 2017 11:39 AM |
| **To:** | Rowe, Janie M (OARM) |
| **Cc:** | Hill, Bridgette (EOIR) |
| **Subject:** | AG signed and approved Temporary Appointment Orders as an Immigration Judge dated 03/20/17 |
| **Attachments:** | 154743.3796084 (AG signed and approved Temporary Appointment Order dated 03.20.17.VHSpath).pdf; 154761.3796125 (AG signed and approved Temporary Appointment Order dated 03.20.17.RRWood).pdf; 154745.3796106 (AG signed and approved Temporary Appointment Order dated 03.20.17.DCWhipple).pdf; 154744.3796090 (AG signed and approved Temporary Appointment Order dated 03.20.17.DThompson).pdf; 156280.3790749 (AG signed and approved Permanent Appointment Order dated 03.20.17.NMCarbone).pdf; 157161.375364 (AG signed and approved Permanent Appointment Order dated 03.20.17.JLPenalosaJr).pdf |

Hi Janie,

Please see attached Temporary and Permanent Appointment Orders for the six listed below IJ's.
Please release the 52's with an effective date of 4/16/17.

Vance H. Spath (Arlington)
Ryan R. Wood (Bloomington)
David C. Whipple (Cleveland)
Donald Thompson (New York)
Nina M. Carbone (Aurora)
Jose L. Peñalosa, Jr (Adelanto)

Naomi Giles
Human Resources Specialist (Staffing/Classification)
Executive Office for Immigration Review
Tele 703 305-0526/Fax 703 305-1456

**Giles, Naomi (EOIR)**

| | |
|---|---|
| **From:** | Giles, Naomi (EOIR) |
| **Sent:** | Wednesday, April 05, 2017 2:24 PM |
| **To:** | Pittmon, George (EOIR) |
| **Cc:** | Pryor, Holly (EOIR) |
| **Subject:** | FW: NEW IMMIGRATION JUDGES |

George – please do not reach out to Spath at this time as his entrance on duty has changed.

**From:** Lee-Sullivan, Marcia L. (EOIR)
**Sent:** Wednesday, April 05, 2017 2:18 PM
**To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** RE: NEW IMMIGRATION JUDGES

Hi Naomi,

Please remove Mr. Spath. He initially accepted however, he is unable to EOD until late summer and he expressed some concerns regarding his salary – which OCIJ Management is looking into. I hope to know more by the end of next week.

Marcia

**From:** Giles, Naomi (EOIR)
**Sent:** Wednesday, April 05, 2017 1:40 PM
**To:** Roldan, Martin (EOIR); Ortiz-Ang, Susana (EOIR)
**Cc:** Lee-Sullivan, Marcia L. (EOIR); Pittmon, George (EOIR); Parson, Clarence (EOIR); Gunn, Dennyne (EOIR); Gutrick, Maria (EOIR); Rohr, Michael (EOIR); Pryor, Holly (EOIR); Dorsey, Joel (EOIR); Ahn, Kate (EOIR); Ward, Lisa (EOIR); Hill, Bridgette (EOIR); Dalton, Learlie (EOIR)
**Subject:** NEW IMMIGRATION JUDGES

Good afternoon,

We have eight IJ's coming on board the 16th of April 2017.

Jennifer I. Gaz (Eloy)
Charlotte S. Marquez (New Orleans)
Vance H. Spath (Arlington)
Ryan R. Wood (Bloomington)
David C. Whipple (Cleveland)
Donald Thompson (New York)
Nina M. Carbone (Aurora)
Jose L. Peñalosa, Jr (Adelanto)

Please let me know if you have any questions or concerns.

Naomi Giles
Human Resources Specialist (Staffing/Classification)
Executive Office for Immigration Review
Tele 703 305-0526/Fax 703 305-1456
iPhone 703 395-5394

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | Pittmon, George (EOIR) |
| **Sent:** | Wednesday, April 05, 2017 2:43 PM |
| **To:** | Giles, Naomi (EOIR) |
| **Cc:** | Pryor, Holly (EOIR) |
| **Subject:** | Re: NEW IMMIGRATION JUDGES |

Ok will do

Sent from my iPhone

On Apr 5, 2017, at 1:23 PM, Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV> wrote:

> George – please do not reach out to Spath at this time as his entrance on duty has changed.
>
> **From:** Lee-Sullivan, Marcia L. (EOIR)
> **Sent:** Wednesday, April 05, 2017 2:18 PM
> **To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
> **Subject:** RE: NEW IMMIGRATION JUDGES
>
> Hi Naomi,
>
> Please remove Mr. Spath. He initially accepted however, he is unable to EOD until <u>late summer</u> and he expressed some concerns regarding his salary – which OCIJ Management is looking into. I hope to know more by the end of next week.
>
> Marcia
>
> ---
>
> **From:** Giles, Naomi (EOIR)
> **Sent:** Wednesday, April 05, 2017 1:40 PM
> **To:** Roldan, Martin (EOIR); Ortiz-Ang, Susana (EOIR)
> **Cc:** Lee-Sullivan, Marcia L. (EOIR); Pittmon, George (EOIR); Parson, Clarence (EOIR); Gunn, Dennyne (EOIR); Gutrick, Maria (EOIR); Rohr, Michael (EOIR); Pryor, Holly (EOIR); Dorsey, Joel (EOIR); Ahn, Kate (EOIR); Ward, Lisa (EOIR); Hill, Bridgette (EOIR); Dalton, Learlie (EOIR)
> **Subject:** NEW IMMIGRATION JUDGES
>
> Good afternoon,
>
> We have eight IJ's coming on board the 16th of April 2017.
>
> Jennifer I. Gaz (Eloy)
> Charlotte S. Marquez (New Orleans)
> Vance H. Spath (Arlington)
> Ryan R. Wood (Bloomington)
> David C. Whipple (Cleveland)
> Donald Thompson (New York)
> Nina M. Carbone (Aurora)
> Jose L. Peñalosa, Jr (Adelanto)

1

Please let me know if you have any questions or concerns.

Naomi Giles
Human Resources Specialist (Staffing/Classification)
Executive Office for Immigration Review
Tele 703 305-0526/Fax 703 305-1456
iPhone 703 395-5394



**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the Director*

Director

*5107 Leesburg Pike, Suite 2600*
*Falls Church, Virginia 22041*

May 18, 2018

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:            THE DEPUTY ATTORNEY GENERAL  *ZB for RJR 6.4.18*

FROM:               James R. McHenry III  *KHR for JRM*
                    Director

SUBJECT:            Permanent Appointment of Vance H. Spath as an Immigration
                    <u>Judge in the Arlington Immigration Court</u>

PURPOSE:            To refer to the Attorney General for his consideration the paperwork
                    to permanently appoint Vance H. Spath as an immigration judge.

TIMETABLE:          At the Attorney General's earliest convenience.

DISCUSSION:         On September 23, 2016, then Attorney General Loretta E. Lynch
                    tentatively selected Vance H. Spath to serve as an immigration judge.
                    On March 20, 2017, Attorney General Session signed an order
                    temporarily appointing Mr. Spath as an immigration judge position,
                    not to exceed 14 months, pending a background investigation.[1]  Mr.
                    Spath's background investigation has now been completed and
                    adjudicated, and there is no derogatory information that would
                    preclude him from being permanently appointed to this position.

---

1 The signed/approved Temporary Appointment memo/order (*see* WF 3796084) stated, By the authority vested in me as the Attorney General by 8 U.S.C. § 1103(g)(1), I hereby appoint Vance H. Spath as an Immigration Judge, defined in 8 U.S.C. § 1101(b)(4), for a period not to exceed 14 months.  This order shall be effective on the first day of the pay period in which the oath of office is taken.  Subsequent to that memo, however, Mr. Spath did not enter on duty due to a lengthy military commitment to which he was assigned while waiting for his Executive Office for Immigration Review paperwork.  The military commitment will be complete this month and, now that the background investigation is complete, we recommend Mr. Spath enter on duty with a permanent appointment.

Mr. Spath is an excellent candidate for an immigration judge position. Mr. Spath has significant experience presiding over trials, and is, to quote one of his interviewers, "a seasoned advocate in complex areas of law" and a "seasoned judge who has a plethora of judicial experience."   Although Mr. Spath does not have significant immigration experience, he has presided over cases involving many complex issues, including areas of international law and procedure, highly sensitive and emotional issues such as proceedings involving sexual assault or violent crimes, as well as complex Fourth and Fifth Amendment Constitutional cases.

Mr. Spath is a chief trial judge with the United States Air Force, Joint Base Andrews, Maryland.   Mr. Spath has served in this position since April 2014.   While chief trial judge, Mr. Spath was responsible for the operation of the Air Force Trial Judiciary, including its 26 trial judges.   He served as the Air Force's senior jurist for tribunals and criminal trials worldwide, and was vested with independent authority to issue final, binding decisions on criminal, evidentiary, and procedural issues.   Mr. Spath managed an annual criminal court docket of more than 500 federal criminal trials, and presided over more than 30 felony federal criminal trials each year, to include capital litigation.

Prior to serving as the chief trial judge, Mr. Spath served as director of training and readiness from July 2013 to April 2014, and from July 2012 to July 2013, he served as staff judge advocate.   Mr. Spath has served in the United States Air Force since 1993 and has held a variety of other positions.   He served as a chief regional military judge in the Pacific Judicial Region, Kadena Air Base, Japan, from July 2010 to July 2012, a regional military judge in the Western Judicial Region, Travis Air Force Base, California, from July 2009 to July 2010, a staff judge advocate, F.E. Warren Air Force Base, Wyoming, from July 2006 to July 2009, a chief circuit trial counsel in the Eastern Judicial Region, Bolling Air Force Base, Washington, D.C. from July 2004 to July 2006, a deputy staff judge advocate and prosecutor, Shriever Air Force Base, Colorado, from July 2001 to July 2004, a contract trial attorney, Wright-Patterson Air Force Base, Ohio, from July 1998 to July 2000, a circuit trial counsel/prosecutor, in the Central Judicial Region, Randolph Air Force Base, Texas, from July 1995 to July 1998, and an area defense counsel, Ramstein Air Force Base, Germany, from April 1994 to July 1995.

Memorandum for the Attorney General                                        Page 3
Subject:   Permanent Appointment of Vance H. Spath as an Immigration Judge

Mr. Spath holds a Bachelor of Arts degree from Virginia Wesleyan
College, Norfolk, Virginia, and a J.D. from Quinnipiac University,
Hamden, Connecticut.

Until one year from the date of his entry on duty.   Mr. Spath will be
subject to removal from his newly-appointed position, without regard
to many of the procedural requirements and appeal procedures
specified in 5 U.S.C. Chapters 43 and 75 and 5 C.F.R. Parts 432 and
752, if he has performance problems or engages in misconduct.

Mr. Spath's selection for this immigration judge position was made in
accordance with the immigration judge hiring procedures approved on
April 2, 2007.

An Attorney General Order, permanently appointing Mr. Vance H.
Spath as an immigration judge, is attached hereto for signature.

RECOMMENDATION:    That the Attorney General sign the attached order.

APPROVE: _____       Concurring components:
                    Date: June 6, 2018   OLC ____ 6/7 /18

                                         OARM ____ 5/29/18

DISAPPROVE: _____      Nonconcurring components:

                                         None
OTHER: _____


Attachment



# Office of the Attorney General
## Washington, D.C. 20530

ORDER NO. 4188-2018

APPOINTING VANCE H. SPATH AS AN IMMIGRATION JUDGE

By the authority vested in me as the Attorney General by 8 U.S.C. § 1103(g)(1), I hereby appoint Vance H. Spath as an Immigration Judge, defined in 8 U.S.C. § 1101(b)(4).

This order shall be effective on the first day of the pay period in which the oath of office is taken.

10/6/18
Date

Jefferson B. Sessions III
Attorney General

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | Pryor, Holly (EOIR) |
| **Sent:** | Wednesday, August 09, 2017 12:35 PM |
| **To:** | Rowe, Janie M (OARM) |
| **Cc:** | Giles, Naomi (EOIR); Barbee, Judy (EOIR) |
| **Subject:** | FW: Vance Spath - IJ |

Hi Janie,

Per EOIR management – Due to military obligations, Mr. Spath has requested that EOIR management consider allowing him to EOD in May 2018.  EOIR Management is in agreement and we will hold off on further processing of his paperwork.  Once our Office of the Chief Immigration Judge (OCIJ) has established the firm EOD date in May 2018 for Mr. Spath, I will give him a follow-up call and confirm his continued acceptance of the position.

Please let me know if you have any questions.

Thank you,

Holly R. Pryor
Executive Office for Immigration Review (EOIR)
Human Resources Specialist
703-305-1171 (Work)


**From:** Rowe, Janie M (OARM)
**Sent:** Wednesday, August 09, 2017 11:14 AM
**To:** Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** Vance Spath - IJ
**Importance:** High


Good Morning Judy:

I checked NFC and noticed that Mr. Spath has not EODd but was approved by OARM for a 4/16/17 start date.  Can you please provide an update on his status?

Thanks

*Janie M. Rowe*
*Human Resources Coordinator*
*U.S. Department of Justice*
*Office of Attorney Recruitment and Management*
*202-514-8916*
*202-307-3817 (FAX)*
*Janie.M.Rowe@usdoj.gov*

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **Sent:** | Wednesday, April 04, 2018 11:52 AM |
| **To:** | Butler, Vicki A. (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Pryor, Holly (EOIR); Giles, Naomi (EOIR); Lee-Sullivan, Marcia L. (EOIR); Barbee, Judy (EOIR); Carballo, Vivian (EOIR) |
| **Subject:** | Re: Pre-2017 IJ candidates |

Thanks Vicki!

On Apr 4, 2018, at 11:47 AM, Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV> wrote:

Kate:

OOD's records indicate the following:

**Choi, Raphael** – AG signed Temporary Appointment on 03/26/18;
**Carr, M. Audrey** – Advised yesterday Permanent Appointment is with OLC as of 04/03/18;
**Gonzalez, Yvonne (San Antonio)** – EOD 09/17/18; NTE 11/16/18; Permanent Appointment will be finalized in near future;
**Jackson, Jacqueline** - AG signed Temporary Appointment on 03/26/18;
**Jasso, Jamie** – Advised yesterday Permanent Appointment is with OLC as of 04/03/18;
**Koelsch, David** – Advised yesterday Permanent Appointment is with OLC as of 03/27/18
**Mahasa, Zakia** – BI still pending;
**Miller, Nancy** – BI still pending;
**Nguyen, An Mai (Los Angeles)** – EOD on 03/19/2017; NTE 05/18/18; Permanent Appointment will be finalized in near future;

(b)(6)

**Spath, Vance** – Need to add.
**Tijerina, Eric** – Temporary Appointment will be finalized in near future; and
**Tregerman, Gwendylan (Atlanta)** – EOD 03/19/17; NTE 05/18/18; Permanent Appointment will be finalized in near future.

**Please note:** I tried to call you -- just in case the following were Pre-2017 IJ Candidates -- I added Gonzalez, Nguyen, O'Brien, and Tregerman.

**From:** Sheehey, Kate (EOIR)
**Sent:** Wednesday, April 04, 2018 10:25 AM
**To:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>; Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Carballo, Vivian (EOIR) <Vivian.Carballo@EOIR.USDOJ.GOV>
**Subject:** Pre-2017 IJ candidates

All – James asked me to go through what we have online for IJ candidates from ads prior to 2017. Below is what I found, as well as my notes on what the next step should be. A few people need to be removed, either because we are not pursuing them further or because they have EODd. I'm trying to figure out how to do that. Please take a look at the list, and let me know if anything looks amiss to you, or if you can think of any candidates that we have had for more than a year that are missing.

Judy – can you check on candidate Mahasa? Is she still in the running and needing a BI?

Rhonda or Vicki – would you look in IQ and see where it says Nancy Miller is?

Anybody – I can't tell where either (b)(6) or M. Audrey Carr are in the process (or if they are even still involved). Can you please check your records and see if you have anything on either of these candidates that you can update us with?

Thanks,
Kate

Pre-2017 ads:

| Choi, Raphael | ARLINGTON | Pre-2017 | EOD on 4/1 |
|---|---|---|---|
| Jackson, Jacqueline | SAN FRANCISCO | Pre-2017 | Will EOD 4/29 |
| Mahasa, Zakia | BALTIMORE | Pre-2017 | BI pending |
| Miller, Nancy | LOS ANGELES | Pre-2017 | Pending suitabil complete) |
| (b)(6) | | | |
| Tijerina, Eric | SAN ANTONIO | Pre-2017 | On hold |
| (b)(6) | | | |
| | | | |
| Spath, Vance | Arlington | Pre-2017 | Need to add, ex July |
| Koelsch, David | Baltimore | Pre-2017 | Need to add. P appointment is waiting to call w update |
| Carr, M. Audrey | Bloomington? | Pre-2017 | Need to add. O "10/13/16 SF-5: appointment pa HR, next step is processing, thei date." |
| (b)(6) | | | |
| | | | |

**Giles, Naomi (EOIR)**

| | |
|---|---|
| **From:** | Giles, Naomi (EOIR) |
| **Sent:** | Wednesday, April 11, 2018 9:51 AM |
| **To:** | Sheehey, Kate (EOIR) |
| **Cc:** | Pryor, Holly (EOIR) |
| **Subject:** | RE: IJ Candidate Spath |

Kate — per Holly he is good for the 8th July 2018.

Naomi Giles
Human Resources Specialist (Staffing/Classification)
Executive Office for Immigration Review
Tele 703 305-0526/Fax 703 305-1456



**From:** Sheehey, Kate (EOIR)
**Sent:** Wednesday, April 11, 2018 9:36 AM
**To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** IJ Candidate Spath

Naomi — last week in our notes re: IJ candidates that are from old ads, you noted that candidate Vance Spath would be available to talk to after 4/9 re: the July EOD. Can you confirm with him that he can EOD in July?

Thanks,
Kate

1

**Giles, Naomi (EOIR)**



Not a responsive record

**From:** Sheehey, Kate (EOIR)
**Sent:** Thursday, April 19, 2018 7:41 AM
**To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Cc:** Anderson, Cecelia (EOIR) <Cecelia.Anderson@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR)
<Holly.Pryor@EOIR.USDOJ.GOV>; Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>
**Subject:** RE: EOD Logistics Letter IJ's

AH! Sorry, I'm going to add confusion. The people that EOD in May will have TWO weeks, everyone after that, July forward, will have FOUR weeks. So if you haven't done the letter yet for the other May people (Bjornerud and Clancy) send them the two week, July people (Spath and Fellrath) should have the four week letter.

Not a responsive record

Not a responsive record

**Giles, Naomi (EOIR)**

| | |
|---|---|
| **From:** | Dalton, Kay (EOIR) |
| **Sent:** | Tuesday, May 01, 2018 4:38 PM |
| **To:** | Giles, Naomi (EOIR) |
| **Subject:** | FW: Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages |

*L. Kay Dalton*

*Human Resources Officer*

*DOJ / Executive Office for Immigration Review*

*Office of Administration / Human Resources Services*

*Phone (703) - 756 - 8061*



**From:** Sheehey, Kate (EOIR)
**Sent:** Thursday, May 04, 2017 12:08 PM
**To:** Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>
**Cc:** Hill, Bridgette (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
**Subject:** RE: Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages

Yes! Mr. Spath's pay should be set at IJ2 + locality and he should be advised of such asap. He is apparently considering turning down the job because of the pay, I'd hate to have gone through all the effort to hire him and have him not accept because of an error.

**From:** Dalton, Kay (EOIR)
**Sent:** Thursday, May 4, 2017 12:05 PM
**To:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>
**Cc:** Hill, Bridgette (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
**Subject:** RE: Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages

Kate/Lisa,

I followed up with Marcia and she stated that she set his pay at the IJ 1 level to include the locality because she was advised by someone in HR (years ago and it is not in writing) that selectees from the private sector and military pay

1

should be set this way. I articulated that the selectee is a government (military) employee and his prior experience in government should be considered in setting his pay, specifically his pay should be set at the IJ 2 level to include locality. She then stated that "military" is not considered government.

A review of the policy at page 3 states in part with the following exceptions, new immigration judges will be appointed at the IJ-1 rate. The appointing officer may set pay *above* the
IJ-1 rate on new appointments for candidates who have:

1. Prior Federal Service at a pay rate in excess of the IJ-1 rate. The candidate may be offered the lowest rate of basic pay in the IJ pay scale which equals or exceeds his/her rate of pay in a branch of the Federal service immediately prior to appointment. The degree of relevant experience of the prior Federal service, and the voluntary nature of the appointment will be considered when setting pay at rates above IJ-1.

Recommendation:

Mr. Spath's rate of pay should be set at the IJ-2 given he has previous/current Federal Service. Also as a proactive measure I will have the team review all selectees from the most recent
IJ recruitment to ensure pay is set correctly for selectees with prior military (Federal) service.

Please advise of how to proceed regarding Mr. Spath.

Regards,

*L. Kay Dalton*
*Human Resources Officer*
*DOJ / Executive Office for Immigration Review*
*Office of Administration / Human Resources Services*
*Phone (703)-756-8061*



**From:** Sheehey, Kate (EOIR)
**Sent:** Thursday, April 27, 2017 1:29 PM
**To:** Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>
**Subject:** FW: Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages

Here it is. Sorry!

**From:** Lee-Sullivan, Marcia L. (EOIR)
**Sent:** Thursday, April 27, 2017 12:59 PM
**To:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>; Rosen, Scott (EOIR)
<Scott.Rosen@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Lee-Sullivan, Marcia L. (EOIR)
<Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Kocur, Ana (EOIR) <Ana.Kocur@EOIR.USDOJ.GOV>; Dalton, Kay (EOIR)
<Kay.Dalton@EOIR.USDOJ.GOV>
**Subject:** FW: Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages

Kate,

Attached is Mr. Spath's Leave and Earning Statement that he submitted to me on March 27, 2017.

Marcia Lee-Sullivan

**From:** vance spath (b)(6)
**Sent:** Monday, March 27, 2017 9:02 AM
**To:** Lee-Sullivan, Marcia L. (EOIR)
**Subject:** Most Recent Leave and Earnings Statement and Last Years Statement of Salary/Wages

Ms. Lee-Sullivan,

I have attached the requested documents. I am traveling today, but will have intermittent telephone access. While the Air Force can require a full 180 days notice, I believe they will approve and earlier retirement date. I believe they will approve something around 1 Aug?

Talk soon,

Vhs

3

Not a responsive record



**From:** Sheehey, Kate (EOIR)
**Sent:** Tuesday, May 01, 2018 4:00 PM
**To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** RE: Tentative Offer - Supervisory Immigration Judge

On this – I was just going over my notes from last year when we had this issue with Mr. Spath. Here's what I wrote then:

While we do not count "add-ons" like the BAH and BAS (housing and subsistence allowances) his military time counts as federal service, so we look at his base military pay and award him the next higher base pay (not figuring in locality pay). The next higher base pay for him is the IJ-2 level (base of $129,520). We then adjust that for locality pay – he should be paid at the IJ-2 level, Arlington locality rate ($164,620).

We're figuring Mr. Doolittle the same way, right? There was an issue last time (when OCIJ was still assigning pay) with correctly counting the locality pay.

Not a responsive record



## Giles, Naomi (EOIR)

| | |
|---|---|
| **From:** | Giles, Naomi (EOIR) |
| **Sent:** | Tuesday, May 08, 2018 10:20 AM |
| **To:** | Carballo, Vivian (EOIR) |
| **Cc:** | Pryor, Holly (EOIR); Giles, Naomi (EOIR) |
| **Subject:** | RE: Veteran's Preference? |

Vivian,

Please see below:

Naomi Giles

**From:** Carballo, Vivian (EOIR)
**Sent:** Tuesday, May 08, 2018 9:12 AM
**To:** Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** Veteran's Preference?

Good morning Holly and Naomi,

Could you please let me know if the following have VP? My apologies if you sent me this information already. I looked in my emails but couldn't find them- I know that the search function is not always the best. A handful of these individuals don't have signed recommendation memos yet, but Kate asked that I start preparing their temp orders.

Tomorrow is my last day at EOIR, so I want to get as many as possible done. I'm also updating the internal status excel sheet that Rhonda, Vicki, and I have used and we have a column for VP, so I want to have that filled in as much as possible before I go. Thanks!

- (b)(6)
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- Vance Spath - *yes*
- (b)(6)
- 

1

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | Pryor, Holly (EOIR) |
| **Sent:** | Tuesday, June 19, 2018 7:52 PM |
| **To:** | Giles, Naomi (EOIR) |
| **Subject:** | FW: IJ candidate Vance Spath |

Vance Spath is able to EOD on 9/2/18, however, like you were saying we need proof of his terminal leave. I did not send an updated email to Kate as he called not too long ago and did not want to confuse anything that you are following up on for me.

Thanks! :).

Ok --- I'm going home now :)

Holly R. Pryor
 Executive Office for Immigration Review (EOIR) Human Resources Specialist
703-305-1171 (Work)


-----Original Message-----
From: Sheehey, Kate (EOIR)
Sent: Friday, June 15, 2018 3:00 PM
To: Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
Subject: RE: IJ candidate Vance Spath

If you haven't already, would you let Mr. Spath know that, while we wish he could come on board in July, we understand and we look forward to seeing him in September.

-----Original Message-----
From: Pryor, Holly (EOIR)
Sent: Thursday, June 14, 2018 8:51 AM
To: Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
Subject: RE: IJ candidate Vance Spath

You're welcome! hope it's nice in San Fran!

Holly R. Pryor
 Executive Office for Immigration Review (EOIR) Human Resources Specialist
703-305-1171 (Work)



-----Original Message-----
From: Sheehey, Kate (EOIR)
Sent: Thursday, June 14, 2018 8:06 AM
To: Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
Subject: Re: IJ candidate Vance Spath

Ok, thank you!

1

> On Jun 14, 2018, at 8:01 AM, Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV> wrote:
>
> Hi Kate,
>
> Mr. Spath has been called to active duty for work on a Guantanamo Bay case. Due to the need for him on the case he says that this is what has prevented him from coming on board with EOIR sooner.
>
> He has put in his retirement request in hopes to alleviate any more delays. In addition a Judge Advocate was recently hired to take over his cases and has cleared.
>
> Mr. Spath feels very bad that our agency has had to wait for him to EOD, however, he stated that he has to complete the orders he has received. If approved, he will work to EOD either early September or mid-October, whichever is approved.
>
> Thank you,
>
> Holly R. Pryor
> Executive Office for Immigration Review (EOIR) Human Resources
> Specialist
> 703-305-1171 (Work)
>
>
> -----Original Message-----
> From: Sheehey, Kate (EOIR)
> Sent: Thursday, June 14, 2018 6:31 AM
> To: Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
> Cc: Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>; Dalton, Kay
> (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Hill, Bridgette (EOIR)
> <Bridgette.Hill@EOIR.USDOJ.GOV>
> Subject: Re: IJ candidate Vance Spath
>
> He told us earlier that he was coming in July, is that no longer possible? We've been counting on July for some time and already have a docket waiting for him.
>
>> On Jun 13, 2018, at 4:54 PM, Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV> wrote:
>>
>> Hi Kate,
>>
>> I was able to connect with Mr. Spath. He is still very interested in the job offer as an IJ with Arlington. He has put in his retirement papers with the military and is hopeful with that being done he can EOD either early September or mid-October. Please advise if this is agreeable and I will follow-up with Mr. Spath.
>>
>> Thank you,
>>
>> Holly R. Pryor
>> Executive Office for Immigration Review (EOIR) Human Resources
>> Specialist
>> 703-305-1171 (Work)
>>
>>
>> -----Original Message-----

>> From: Sheehey, Kate (EOIR)
>> Sent: Tuesday, June 12, 2018 5:10 PM
>> To: Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
>> Subject: Re: IJ candidate Vance Spath
>>
>> Thank you!
>>
>>> On Jun 12, 2018, at 5:06 PM, Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV> wrote:
>>>
>>> Hi Kate,
>>>
>>> I placed a call to Mr. Spath.  Waiting for him to return my call.  I also sent him an email to reach out and ask that he give me a call to discuss his EOD with EOIR as an Immigration Judge.
>>>
>>> I'll keep everyone posted.
>>>
>>> Thank you,
>>>
>>> Holly R. Pryor
>>> Executive Office for Immigration Review (EOIR) Human Resources
>>> Specialist
>>> 703-305-1171 (Work)
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Sheehey, Kate (EOIR)
>>> Sent: Tuesday, June 12, 2018 4:28 PM
>>> To: Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Giles, Naomi
>>> (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
>>> Cc: Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Hill, Bridgette
>>> (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
>>> Subject: RE: IJ candidate Vance Spath
>>>
>>> Thanks Holly. (b)(5) DP

(b)(5) DP

>>>
>>> -----Original Message-----
>>> From: Pryor, Holly (EOIR)
>>> Sent: Tuesday, June 12, 2018 4:26 PM
>>> To: Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Giles, Naomi
>>> (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
>>> Cc: Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Hill, Bridgette
>>> (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
>>> Subject: RE: IJ candidate Vance Spath
>>>
>>> Hi Kate,
>>>
>>> I can reach out to Mr. Spath as a follow-up; however, when we last spoke in April he was confirmed to EOD in July. I'il follow-up and provide an update.
>>>
>>> Thank you,

3

>>>
>>> Holly R. Pryor
>>> Executive Office for Immigration Review (EOIR) Human Resources
>>> Specialist
>>> 703-305-1171 (Work)
>>>
>>>
>>> -----Original Message-----
>>> From: Sheehey, Kate (EOIR)
>>> Sent: Tuesday, June 12, 2018 4:24 PM
>>> To: Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>; Pryor, Holly
>>> (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
>>> Cc: Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Hill, Bridgette
>>> (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
>>> Subject: IJ candidate Vance Spath
>>>
>>> Have we spoken with him recently to confirm he's really coming in July?

4

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | V. Spath (b)(6) |
| **Sent:** | Monday, July 02, 2018 8:03 AM |
| **To:** | Pryor, Holly (EOIR) |
| **Subject:** | Re: Immigration Judge - Appointment EOD Confirmation - 9/2/2018 |
| **Attachments:** | Most Recent Leave and Earnings Statement.pdf |

Holly, as always, thank you!

I am attaching a current leave and earnings statement,

Additionally, my home address is (b)(6)                                for any correspondence).

If you need additional information, please do not hesitate to reach out by this email of telephone (b)(6)
(b)(6)

R/

VHS

VANCE H. SPATH, Colonel, USAF
Chief Trial Judge

On Tue, Jun 19, 2018 at 1:33 PM, Pryor, Holly (EOIR) <Holly.Pryor@usdoj.gov> wrote:

Hello Mr. Spath,


Management is agreeable to push your EOD date – can you come on board with us September 2nd? With a report date
to the Arlington court on Tuesday, September 4th?


Please let me know as soon as possible.


Thank you sir,


Holly R. Pryor

Executive Office for Immigration Review (EOIR)

Human Resources Specialist

703-305-1171 (Work)



**From:** Pryor, Holly (EOIR)
**Sent:** Tuesday, June 12, 2018 5:10 PM
**To:** 'V. Spath' (b)(6)
**Cc:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** RE: Immigration Judge - Appointment EOD Confirmation

Hello Mr. Spath,

Per my voicemail message, please give me a call to discuss your EOD with the Arlington Immigration Court as an Immigration Judge tentatively set for July 8, 2018.

If you are still interested in the position, please provide me with your Human Resources point of contact – to include their email and telephone number, so that I may request the official release from your agency as soon as possible.

Please do not hesitate to contact me should you have any questions.

Thank you,

Holly R. Pryor

Executive Office for Immigration Review (EOIR)

Human Resources Specialist

703-305-1171 (Work)

2



**From:** V. Spath (b)(6)
**Sent:** Friday, April 06, 2018 11:00 AM
**To:** Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
**Cc:** Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Boone-Fisher, Sabina (EOIR) <Sabina.Boone-Fisher@EOIR.USDOJ.GOV>
**Subject:** Re: Immigration Judge - Appointment EOD Confirmation

Received, and info to follow!

Thank you,

R/

Vance

On Thu, Apr 5, 2018 at 4:47 PM, Pryor, Holly (EOIR) <Holly.Pryor@usdoj.gov> wrote:

Hello Mr. Spath,

I am able to confirm that you are all set to start on July 9th with the Arlington Immigration Court. The only thing I will need for you to provide is the following:

- Current HR point of contact if you are employed by Federal government;

- Home address for sending job related correspondence (you can provide this through email);

3

• And an updated leave and earning statement or SF-50 so that we can ensure that the pay offered is set accurately for your promotion.

You will receive an official congratulatory welcome letter along with information related to your entrance on duty with our agency, such as training dates, court address, mentor judge, etc., as we get closer to the official entrance on duty. Usually this information goes out at least 2-3 weeks before you are expected to arrive for duty.

Unless you have any specific questions related to your upcoming employment you are all set to go for July 9th and again you will be provided with correspondence during the process for your situational awareness.

Please do not hesitate to contact me should you have any questions.

Thank you,

Holly R. Pryor

Executive Office for Immigration Review (EOIR)

Human Resources Specialist

703-305-1171 (Work)



**From:** Vance Spath [mailto (b)(6)
**Sent:** Monday, March 26, 2018 12:30 PM

**To:** Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>
**Cc:** Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Boone-Fisher, Sabina (EOIR) <Sabina.Boone-Fisher@EOIR.USDOJ.GOV>
**Subject:** Re: Immigration Judge - Appointment EOD Confirmation

4

Ms Pryor,   I believe we are still supposed to chat?   What do I owe you for the 9 July start?   I am around by phone all this week and next. Phone remains (b)(6) ████████


Hope all is well.   Thank you.   Regards.   Vance.

Sent from my iPhone

## Pryor, Holly (EOIR)

| | |
|---|---|
| **From:** | Himsey, Vanessa (EOIR) |
| **Sent:** | Monday, July 02, 2018 6:56 AM |
| **To:** | Pryor, Holly (EOIR); OS Personnel Security Operations Staff (EOIR) |
| **Cc:** | Giles, Naomi (EOIR) |
| **Subject:** | RE: Vance Spath (IJ) Selectee for Arlington, VA Immigration Court |

Received. I will forward to OARM.

Thank you,

**Vanessa H. Himsey**
Security Specialist
Executive Office for Immigration Review
Office of Security
Ph: 703-305-1258
Fax: 703-605-0762
Vanessa.himsey@usdoj.gov



**From:** Pryor, Holly (EOIR)
**Sent:** Friday, June 29, 2018 5:54 PM
**To:** OS Personnel Security Operations Staff (EOIR) <OSPersonnelSecurityOperationsStaff@EOIR.USDOJ.GOV>
**Cc:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Subject:** Vance Spath (IJ) Selectee for Arlington, VA Immigration Court

Good afternoon,

Please see attached updated SF-52 and OARM letter for IJ selectee Vance Spath.

Thank you,

Holly R. Pryor
Executive Office for Immigration Review (EOIR)
Human Resources Specialist
703-305-1171 (Work)

1

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

*ID 6/26/18*

## PART A - Requesting Office *(Also complete Part B, (Items 1, 7-22, 32, 33, 36, and 39.)*

| 1. Actions Requested | 2. Request Number |
|---|---|
| *Excepted Appointment NTE 24 Months* | ARL-22 |

| 3. For Additional Information Call *(Name and Telephone Number)* | 4. Proposed Effective Date |
|---|---|
| Susana Ortiz-Ang   703-305-1247 | ASAP |

| 5. Action Requested By *(Typed Name, Title, Signature, and Request Date)* | 6. Action Authorized by *(Typed Name, Title, Signature, and Concurrence Date)* |
|---|---|
| Mary Cheng<br>DCIJ<br>**MARY CHENG** *(Digitally signed)* | Christopher A. Santoro<br>Prin. DCIJ   CHRISTOPHER SANTORO *(Digitally signed)* |

## PART B - For Preparation of SF 50 *(Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)*

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Spath, Vance H. | | | |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 191 | *Excepted Appt. NTE 24 Months* |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| WDM | *Sch A 213.3102 (D)* |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | Immigration Judge |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | IJ | 905 | 01 | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $114,948 | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | Arlington Immigration Court<br>1901 South Bell Street, Suite 200<br>Arlington, VA  22202<br>E1 1203 0210 00 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | | YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| | | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| | | | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career | E - Exempt<br>N - Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| | Arlington, VA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1 - USA  8 - Other | | |

## PART C - Reviews and Approvals *(Not to be used by requesting office.)*

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. OCIJ/SA | MARTIN ROLDAN *(Digitally signed)* | 06-26-18 | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

| Signature | Approval Date |
|---|---|
| | |

CONTINUED ON REVERSE SIDE
52-118

OVER

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

## PART D - Remarks by Requesting Office

(Note to Supervisors:  Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a separate sheet and attach to SF 52.)

☐ YES  ☐ NO

## PART E - Employee Resignation/Retirement

### Privacy Act Statement

You are requested to furnish a specific reason for your resignation or retirement and a forwarding address.  Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits.  Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code.  Sections 301 and 3301 authorize OPM

and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving:  (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1.  Reasons for Resignation/Retirement (NOTE:  Your reasons are used in determining possible unemployment benefits.  Please be specific and avoid generalizations.  Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| | | | |

## PART F - Remarks for SF 50



**U.S. Department of Justice**

Office of Attorney Recruitment and Management

---

*Washington, D.C. 20530*

Vance H. Spath
(b)(6)

Dear Mr. Spath:

At the request of the Executive Office for Immigration Review, the Department of Justice has approved your appointment to serve as an immigration judge for the Arlington Immigration Court, at a salary of $114,940.00 per annum (not including locality pay). Continued employment is subject to budgetary limitations, and satisfactory performance and conduct. Note that regardless of the type or length of appointment, at any time, an immigration judge may be subject to removal or other sanction for inability to perform or for behavior inappropriate for an immigration judge.

In the meantime, final processing of your application has begun and you will be notified upon completion of this procedure.

Sincerely,

Jamila Frone
Director
Office of Attorney Recruitment and Management

## Pryor, Holly (EOIR)

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **Sent:** | Wednesday, July 11, 2018 11:47 AM |
| **To:** | Giles, Naomi (EOIR) |
| **Cc:** | Ward, Lisa (EOIR); Dalton, Kay (EOIR); Pryor, Holly (EOIR); Hill, Bridgette (EOIR); Porter, Michael (EOIR) |
| **Subject:** | RE: NEW IMMIGRATION JUDGES EOD 9/2/2018 |

I'm going to think about this some and get back to you when I have a good plan. Thank you for asking.

**From:** Giles, Naomi (EOIR)
**Sent:** Wednesday, July 11, 2018 11:45 AM
**To:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Hill, Bridgette (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
**Subject:** RE: NEW IMMIGRATION JUDGES EOD 9/2/2018

Kate – please tell me how I can help you.
Do you still want us to put them on the ALCON emails?

Naomi

**From:** Sheehey, Kate (EOIR)
**Sent:** Wednesday, July 11, 2018 11:42 AM
**To:** Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>
**Cc:** Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Hill, Bridgette (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
**Subject:** RE: NEW IMMIGRATION JUDGES EOD 9/2/2018

OK. Thanks for clarifying. These are important things to know (the notes about Thogersen, Morwood, and Spath) as, based on our other conversations, I have included them in my reports to the Director and OCIJ leadership – when they see my list saying one thing and yours another, I get questions that I don't know how to answer.

**From:** Giles, Naomi (EOIR)
**Sent:** Wednesday, July 11, 2018 11:39 AM
**To:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Dalton, Kay (EOIR) <Kay.Dalton@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Hill, Bridgette (EOIR) <Bridgette.Hill@EOIR.USDOJ.GOV>
**Subject:** RE: NEW IMMIGRATION JUDGES EOD 9/2/2018

Abby Meyer was a mistake to include her, my apology.
Brent Landis' order was signed 7/9.
Cassie Thogersen (b)(6)                          EOD is TBD.
Dion Morwood is pending confirmed release date; do not feel comfortable including in the ALCON email until confirmed.
Vance Spath is pending Terminal Leave documentation; do not feel comfortable including in the ALCON email until confirmed.

Naomi

1

**Pryor, Holly (EOIR)**

| | |
|---|---|
| **From:** | V. Spath (b)(6) |
| **Sent:** | Tuesday, July 31, 2018 6:15 PM |
| **To:** | Pryor, Holly (EOIR) |
| **Subject:** | Fwd: EOD Update Immigration Law Judge, Arlington |

Ms. Pryor,

I emailed Ms. Yaseen back, but got an out of office until 27 August 2018. So I am forwarding the emails to you as well. Please let me know what else you need.

Thanks,

Vance

//signed//
VANCE H. SPATH, Colonel, USAF
Chief Trial Judge

---------- Forwarded message ----------
From: **V. Spath** (b)(6)
Date: Tue, Jul 31, 2018 at 3:42 PM
Subject: Re: EOD Update Immigration Law Judge, Arlington
To: "Yaseen, Rabbia (EOIR)" <Rabbia.Yaseen@usdoj.gov>

Ms. Yaseen,

I am happy to help, but we really do not have a human resource office for active duty military. I can send you a copy of my retirement order and my terminal leave (when we are 15 days out from my terminal leave). Additionally, I can give you a POC within my office who can provide my personnel information and any other information you may need. My release has been approved in the retirement order and terminal leave request that is pending signature. Please advise,

Vance Spath

//signed//
VANCE H. SPATH, Colonel, USAF
Chief Trial Judge

On Thu, Jul 26, 2018 at 2:06 PM, Yaseen, Rabbia (EOIR) <Rabbia.Yaseen@usdoj.gov> wrote:

Good morning Vance Spath,

The Human Resources (HR) Office has received notice that your Appointment Order to come on board as an Immigration Law Judge will soon be signed by the Attorney General. The next Entrance on Duty (EOD) date is September 2, 2018, with a report date to your home court of Tuesday, September 4, 2018. Please provide me with your Human Resources point of contact so that when your order is signed the HR Office can reach out to them and request your release and personnel information. Please provide their **name, email address and phone number**.

The HR Specialist assigned to your case will contact you first before reaching out to your HR POC.

**Please be aware that this is NOT a firm offer.**

Thank you in advance,

*Rabbia Yaseen*

*Executive Office for Immigration Review*

*Secretary*

*Administration Division*

*703 -756-8425*

2

**From:** Sheehey, Kate (EOIR)
**To:** McHenry, James (EOIR)
**Subject:** RE: Future IJs
**Date:** Friday, July 28, 2017 10:35:48 AM

Spath is still in negotiations – In July he reached out to HR and asked to EOD in May 2018 or later (we had offered him an earlier date which was too soon and then we offered a September date). He said there was some kind of issue with the military finding a replacement for him. Marcia is waiting for OCIJ leadership to tell her what to do with his counteroffer of May 2018 (that is not a typo – nearly 8 months from now). We've had some issues with this candidate (at first he was accidentally offered too low of pay, which we corrected).

Choi was called and asked for a week to decide. We are awaiting whether the position will be accepted or not.

**From:** McHenry, James (EOIR)
**Sent:** Friday, July 28, 2017 10:31 AM
**To:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Subject:** RE: Future IJs

Thanks.

Who is still in negotiations?

Also, has Choi been called by OCIJ?



| From: | McHenry, James (EOIR) |
|---|---|
| To: | Keller, Mary Beth (EOIR) |
| Cc: | Reilly, Katherine - OGC (EOIR); Ward, Lisa (EOIR) |
| Subject: | Re: Arlington Immigration Judge Candidate Request for an EOD Date in 2018 |
| Date: | Wednesday, August 02, 2017 8:33:01 PM |

That's fine for this situation. Thanks.

On Aug 2, 2017, at 7:53 PM, Keller, Mary Beth (EOIR)
<MaryBeth.Keller@EOIR.USDOJ.GOV> wrote:

> James,
> We have had a situation like this once before, and the way we handled it was to
> contact the candidate closer to the time he thinks he can EOD.   With your approval, we
> will do the same here. In this case we would contact the candidate again in
> January/February 2018 (120 days prior to the May 2018 date Mr. Spath has indicated
> he can possibly start).  The candidate has the offer, we just are not going to set the EOD
> now since the candidate is not even sure of that date, and we do not yet have a new ij
> training class yet scheduled that far into the future.
> If you approve, we will have Marcia and HR call the candidate and let him know how we
> will proceed.
> Thanks.
> Mtk
>
>
> *MaryBeth Keller*
>
>
> ---
>
> **From:** Lee-Sullivan, Marcia L. (EOIR)
> **Sent:** Wednesday, August 02, 2017 4:01 PM
> **To:** Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>
> **Cc:** Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-
> Sullivan@EOIR.USDOJ.GOV>
> **Subject:** Arlington Immigration Judge Candidate Request for an EOD Date
> in 2018
> **Importance:** High
>
>
> Judge Keller,
>
> On June 21, 2017, Human Resources made the official offer to Mr.
> Vance Spath, to become an Immigration Judge at the Arlington
> Immigration Court at the IJ-2 salary level with an EOD date of
> September 17, 2017. On July 12, 2017, Human Resources received a
> response from Mr. Spath. Due to his military obligations, Mr. Spath is
> requesting an **EOD date of May 15, 2018 or later.** For your review, I

am including the message the Human Resource Specialists, Ms. Holly
Pryor received from Mr. Vance Spath on July 12, 2017 at 7:12am.


*Ms. Pryor,*

*I wanted to let get back with you as soon as I could.  Please express
to your management I remain extremely interested in the position.  I
also know I would bring the right experience and enthusiasm to the
job.  The complication of the job offer remains my status as an active
duty member of the Armed Forces, and my position as Chief Judge of
the Air Force.  The application and interview process has taken a bit
longer than I expected.  When the initial offer came in March 2017, it
was for the entry at IJ-1 and a start date only a few weeks later.  I
indicated this would not work.  On May 10, 2017, the offer was
changed to IJ-2, with a start date to be determined.  On June 21,
2017, a voicemail was left with a start date of September 18, 2017.  I
did express the September 2017 start may work - in March 2017, but
I did not expect the amount of time to see if that date would be
approved.  The Air Force requires 120 days (at a minimum) for
release from active duty.  I made some inquiries regarding exceptions
to policy, and that is not an option.  The Air Force has not approved
these for a variety of reasons.  I also am uncomfortable with such
short notice to the Air Force after the lengthy interview and
application process for a variety of reasons.*

*As this timeline has unfolded, there have also been some significant
changes in circumstances for me.  I am in the midst of a murder trial
that has already had extensive motion practice.  I remain detailed to
a case at Guantanamo Bay Cuba which requires significant time to
hand to another trial judge.  The requirements for security
clearances and clearance to travel for the case are significant.
Finally, the Air Force assignment season has passed, and the trial
judiciary is left with a couple of significant vacancies that will not be
filled until the next course for Air Force trial judges in April 2018.
This situation is made worse as a chief judge of a circuit has also just
submitted his retirement application.  He has requested the 120 day
minimum period of time.*

*Again, I want to express my sincere desire to join the team of
Immigration Judges.  However, I must request a start date of May 15,
2018 or later.  That start time period gives me the lead time I need to
ensure I give a bit more than the 120 day minimum notice, and to
leave the active duty trial judiciary in the place to which I have led
it.  Please express to management my commitment to them, but also,
my commitment to leave active duty in a manner consistent with
serving there for over 25 years.  I wish the timing of the above events
had been different, but at this point, we are where we are at.  I look
forward to hearing from you all.*

*I am traveling for the next three weeks.  However, I have my cell,* ████████, *and I will have email access.*

*I look forward to hearing from you.*

*Vhs*

*//SIGNED//*
*VANCE H. SPATH, Colonel, USAF*
*Chief Trial Judge*


To date, Human Resources has not responded to his request. Please advise.

Marcia Lee-Sullivan
Executive Programs Manager
Office of the Chief Immigration Judge
(703) 305-1725

**From:**     Sheehey, Kate (EOIR)
**To:**       McHenry, James (EOIR); Reilly, Katherine (EOIR); Keller, Mary Beth (EOIR)
**Subject:**  Future IJ"s on deck
**Date:**     Monday, May 07, 2018 4:37:27 PM

To follow up our conversation earlier today, here are the EOD's that I know of for sure.  I expect many many more for July.

**May 13 EOD's**:
Bjornerud – Adelanto
Clancy – Harlingen
Jackson – San Francisco

**July 8 EOD's**
Fellrath – Los Angeles
Spath – Arlington

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **To:** | McHenry, James (EOIR) |
| **Cc:** | Reilly, Katherine (EOIR) |
| **Subject:** | Vance Spath |
| **Date:** | Monday, June 18, 2018 5:07:58 PM |

We have confirmed that he will be able to EOD on 9/2.

His departure date is after that, but that's ok.   His official end of service date is 11/1/2018, but he will go on what they call "terminal leave" in time to EOD on Sep 2. Also, apparently all of the powers that be that need to consent to him leaving have apparently done so, and he feels confident that 9/2 is not an issue.

| From: | Sheehey, Kate (EOIR) |
|---|---|
| To: | McHenry, James (EOIR) |
| Cc: | Reilly, Katherine (EOIR) ; Ward, Lisa (EOIR) ; Keller, Mary Beth (EOIR) ; Murry, Anthony (EOIR) ; Santoro, Christopher A (EOIR) |
| Subject: | pre-2017 IJ candidates |
| Date: | Monday, April 09, 2018 8:29:06 AM |
| Attachments: | IJHiring_20180403.xlsx |

James – last week you asked for an update on every pre-2017 IJ candidate still somewhere in the hiring process. Below, please find those that are still on the IJ hiring tracker, as well as those that need to be added, with their status. As you will see, some need to come off the tracker, either because they have entered on duty or because they have no further action. Likewise, some need to be added. We do not yet have the later steps of the tracker built, so the appropriate status "buckets" for these folks do not yet exist on the tracker. I expect that Katherine and I will see a new demo of the next stage of the tracker this week, hopefully the later steps are built. Once that happens, we will work quickly to get everyone into their appropriate stages.

In the event that it is helpful, I am also attaching an excel document that OIT helped me with last week – it has current status (as of April 3) of all the IJ candidates that were in the tracker.

Pre-2017 ads:

| | | | |
|---|---|---|---|
| Choi, Raphael | ARLINGTON | Pre-2017 | EOD on 4/1. Need to close. |
| Jackson, Jacqueline | SAN FRANCISCO | Pre-2017 | Will EOD 4/29 |
| Mahasa, Zakia | BALTIMORE | Pre-2017 | BI pending |
| Miller, Nancy | LOS ANGELES | Pre-2017 | Pending suitability (BI complete) |
| (b)(6) | | | |
| Tijerina, Eric | SAN ANTONIO | Pre-2017 | On hold |
| (b)(6) | | | |
| | | | |
| Spath, Vance | Arlington | Pre-2017 | Need to add, expected EOD July |
| Koelsch, David | Baltimore | Pre-2017 | Need to add. Perm appointment is with OLC. |
| Carr, M. Audrey | Bloomington | Pre-2017 | Need to add. Permanent appointment is with OLC |
| Jasso, Jamie | Imperial | Pre-2017 | Need to add. Discussed likelihood of offer in near future, Mr. Jasso indicated a need for 90 days notice to close firm. Permanent appointment is with OLC |
| Pelino, Anthony | Eloy | Pre-2017 | Need to add. Status? |
| | | | |

| From: | Butler, Vicki A. (EOIR) |
|---|---|
| To: | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| Cc: | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| Subject: | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 04/26/18 |
| Date: | Thursday, April 26, 2018 1:14:15 PM |

## Reemployed Annuitant Pending at the Department:

(b)(6) ███████████████████████████████████████████████
█████████ .

## IJ Recommendation Pending at EOIR:

WF 165520 - Stuart D. Alcorn – Remains pending with OD for drafting;
WF 165122 - Lorely R. Fernandez – Remains pending with OD for drafting;
WF 165521 - Laura C. Figueroa – Awaiting uploading of vouchering results from OCIJ;
(b)(6) ███████████████████████████████████████████████
██████████████████████████████;
WF 165121 - Brent H. Landis – Remains pending with OD for drafting;
WF 165242 - Patrick M. McKenna – Remains pending with OCIJ for vouchering;
(b)(6) ████████████████████████████████████
WF 165546 - Dion A. Moorwood – Remains pending with OD for drafting;
WF 165547 - Jonathan W. Owens – Remains pending with OD for drafting;
(b)(6) ███████████████████████████████████████
WF 165549 - Shadee M. Star – Remains pending with OD for drafting;
(b)(6) █████████████████████████████████████████████
WF 165123 - Brock E. Taylor – Remains pending with OD for drafting
(b)(6) ███████████████████████████████████████████████ and
**WF 165240 – Michael G. Walliesa – Pending with OOD for review/signature since 04/26/18**.

## IJ Recommendation Pending at the Department:

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6) ███████████████████████████████████████████████
**WF 165120.4018478 – Grady A. Crooks – Pending in ODAG since 04/25/18**;
(b)(6) ███████████████████████████████████████████████
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
WF 165101.4013668 – Kathy French – Remains pending with OAG since 04/19/18;
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
WF 165102.4013692 – Nathan L. Herbert – Remains pending with OAG since 04/19/18;
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
WF 165103.4013716 – Angela Munson – Remains pending with OAG since 04/19/18;
WF 165105.4013734 – Jeffery R. Nance – Remains pending with OAG since 04/19/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
WF 163421.4005591 – Anne K. Perry – Remains pending with OAG since 04/04/18;
**WF 165480.4018487 - Kaarina Salovaara – Pending in ODAG since 04/25/18**; and
WF 165104.4013744 – Cassie Thogersen – Remains pending with OAG since 04/19/18.

## ACIJ Recommendation Pending at EOIR:

(b)(6) ███████████████████████████████████████████████

(b)(6)

**ACIJ Recommendation Pending at the Department:**
WF 164980.4013628 - John R. Doolittle II - Remains pending with OAG since 04/19/18; and
WF 164981.4013737 - Sirce E. Owen – Remains pending with OAG since 04/19/18.

-
**Temporary IJ Appointment Order Pending at EOIR:**
(b)(6)

WF 165581– Daniel Gilbert (Harlingen) –Pending with OOD for review/signature since 04/26/18;
WF 165501 – Lena Golovnin (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF 165502 – Cynthia Gordon (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF165580 – Howard Hom (New York) – Pending with OD for review/signature 04/26/18;
WF 165500 – Natalie Huddleston (Los Angeles) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF 165542 – Michael McFarland (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
(b)(6)

WF 165601 – Anita Simons (Los Angeles) – Pending with OD for review/signature 04/26/19;
WF 165544 – George J. Ward, Jr. (Falls Church IAC) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM.

-
**Permanent IJ Appointment Orders Pending at EOIR**:
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;
WF – Nancy Miller (Los Angeles) – BI remains pending;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and
WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OLC since 04/24/18;

**WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Received in DOJ Exec Sec on 04/25/18**; and

WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

| | |
|---|---|
| **From:** | Caldwell, Rhonda (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Butler, Vicki A. (EOIR) |
| **Subject:** | Additional Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 04/26/18 |
| **Date:** | Thursday, April 26, 2018 3:30:50 PM |

## Reemployed Annuitant Pending at the Department:

(b)(6)

## IJ Recommendation Pending at EOIR:

WF 165520 - Stuart D. Alcorn – Remains pending with OD for drafting;
**WF 165122 - Lorely R. Fernandez – Pending in OOD for review/signature since 04/26/18;**
WF 165521 - Laura C. Figueroa – Awaiting uploading of vouchering results from OCIJ;
(b)(6)
(b)(6)
WF 165121 - Brent H. Landis – Remains pending with OD for drafting;
WF 165242 - Patrick M. McKenna – Remains pending with OCIJ for vouchering;
(b)(6)
WF 165546 - Dion A. Moorwood – Remains pending with OD for drafting;
WF 165547 - Jonathan W. Owens – Remains pending with OD for drafting;
(b)(6)                                                                    ;
WF 165549 - Shadee M. Star – Remains pending with OD for drafting;
(b)(6)
WF 165123 - Brock E. Taylor – Remains pending with OD for drafting
(b)(6)
WF 165240 – Michael G. Walliesa – Pending with OOD for review/signature since 04/26/18.

## IJ Recommendation Pending at the Department:

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6)
WF 165120.4018478 – Grady A. Crooks – Pending in ODAG since 04/25/18;
(b)(6)
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
**WF 165101.4013668 – Kathy French – AG signed/approved on 04/26/18;**
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
WF 165102.4013692 – Nathan L. Herbert – Remains pending with OAG since 04/19/18;
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
WF 165103.4013716 – Angela Munson – Remains pending with OAG since 04/19/18;
**WF 165105.4013734 – Jeffery R. Nance – AG signed/approved on 04/26/18;**
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
WF 163421.4005591 – Anne K. Perry – Remains pending with OAG since 04/04/18;
WF 165480.4018487 - Kaarina Salovaara – Pending in ODAG since 04/25/18; and
WF 165104.4013744 – Cassie Thogersen – Remains pending with OAG since 04/19/18.

## ACIJ Recommendation Pending at EOIR:

(b)(6)

**ACIJ Recommendation Pending at the Department:**
WF 164980.4013628 - John R. Doolittle II – AG signed/approved on 04/26/18; and
WF 164981.4013737 - Sirce E. Owen – AG signed/approved on 04/26/18.

**Temporary IJ Appointment Order Pending at EOIR:**
(b)(6)

WF 165581– Daniel Gilbert (Harlingen) –Pending with OOD for review/signature since 04/26/18;
WF 165501 – Lena Golovnin (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF 165502 – Cynthia Gordon (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF 165580 – Howard Hom (New York) – Pending with OD for review/signature 04/26/18;
WF 165500 – Natalie Huddleston (Los Angeles) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
WF 165542 – Michael McFarland (New York) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM;
(b)(6)

WF 165601 – Anita Simons (Los Angeles) – Pending with OD for review/signature 04/26/19;
WF 165544 – George J. Ward, Jr. (Falls Church IAC) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – JRMcH signed on 04/25/18; sending to OS on 04/26/18 for further processing with OARM.

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;
WF – Nancy Miller (Los Angeles) – BI remains pending;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and
WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department:**
WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;
WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.
WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OLC since 04/24/18;
WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Received in DOJ Exec Sec on 04/25/18; and
WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.


*R. Caldwell*

Executive Secretariat
Executive Office for Immigration Review, USDOJ
Administrative Resource Center (ARC)
5107 Leesburg Pike, Suite 1800
Falls Church, VA  22554
Direct – (703) 605-0590

| | |
|---|---|
| **From:** | Caldwell, Rhonda (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Butler, Vicki A. (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Additional Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 04/27/18 |
| **Date:** | Friday, April 27, 2018 6:07:13 PM |

## Reemployed Annuitant Pending at the Department:

(b)(6)

## IJ Recommendation Pending at EOIR:

WF 165520 - Stuart D. Alcorn – Remains pending with OD for drafting;

**WF 165122 - Lorely R. Fernandez – Remains pending with OD for review/signature since 04/26/18;**

**WF 165521 - Laura C. Figueroa – Vouchering completed on 04/26/18; remains pending with OD for drafting;**

(b)(6)

**WF 165121 - Brent H. Landis – Draft completed on 04/26/18; remains pending with OD for vetting clarification with OS;**

**WF 165242 - Patrick M. McKenna – Vouchering completed on 04/26/18; remains pending with OD for drafting;**

(b)(6)

WF 165546 - Dion A. Moorwood – Remains pending with OD for drafting;
WF 165547 - Jonathan W. Owens – Remains pending with OD for drafting;
(b)(6)
WF 165549 - Shadee M. Star – Remains pending with OD for drafting;
(b)(6)
WF 165123 - Brock E. Taylor – Remains pending with OD for drafting;
(b)(6)
WF 165240 - Michael G. Walliesa – Remains pending with OD for review/signature since 04/26/18.

## IJ Recommendation Pending at the Department:

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6)
WF 165120.4018478 – Grady A. Crooks – Pending in ODAG since 04/25/18;
(b)(6)
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
(b)(6)
**WF 165102.4013692 – Nathan L. Herbert – AG signed/approved on 04/26/18;**
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
**WF 165103.4013716 – Angela Munson – AG signed/approved on 04/26/18;**
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
**WF 163421.4005591 – Anne K. Perry – AG signed/approved on 04/26/18;**
WF 165480.4018487 - Kaarina Salovaara – Pending in ODAG since 04/25/18; and
**WF 165104.4013744 – Cassie Thogersen – AG signed/approved on 04/26/18.**

**ACIJ Recommendation Pending at the Department:**
(b)(6)

**Temporary IJ Appointment Order Pending at EOIR:**
(b)(6)

WF 165581– Daniel Gilbert (Harlingen) – Remains pending with OD for review/signature since 04/26/18;
WF 165501 – Lena Golovnin (New York) – Remains pending with OS for further processing with OARM;
WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;
WF 165580 – Howard Hom (New York) – Remains pending with OD for review/signature 04/26/18;
WF 165500 – Natalie Huddleston (Los Angeles) – Remains pending with OS for further processing with OARM;
WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;
(b)(6)

WF 165601 – Anita Simons (Los Angeles) – Remains pending with OD for review/signature 04/26/19;
WF 165544 – George J. Ward, Jr. (Falls Church IAC) – Remains pending with OS for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Permanent IJ Appointment Orders Pending at EOIR**:
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;
WF – Nancy Miller (Los Angeles) – BI remains pending in OS;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and
WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department**:
WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OLC since 04/24/18;

**WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Pending in OLC since 04/26/18;** and

WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.


*R. Caldwell*

Executive Secretariat

Executive Office for Immigration Review, USDOJ

Administrative Resource Center (ARC)

5107 Leesburg Pike, Suite 1800

Falls Church, VA  22554

Direct – (703) 605-0590

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 04/30/18 |
| **Date:** | Monday, April 30, 2018 6:34:18 PM |

**Reemployed Annuitant Pending at the Department**:

(b)(6)

**IJ Recommendation Pending at EOIR:**

**WF 165520 - Stuart D. Alcorn – Draft completed on 04/30/18; pending with OS for concurrence since 04/30/18;**

**WF 165521 - Laura C. Figueroa – Draft completed on 04/30/18; pending with OS for concurrence since 04/30/18;**

(b)(6)

**WF 165121 - Brent H. Landis – Draft completed on 04/26/18; pending with OS for concurrence since 04/30/18;**

WF 165242 - Patrick M. McKenna – Remains pending with OD for drafting;

(b)(6)

WF 165546 - Dion A. Moorwood – Remains pending with OD for drafting;
WF 165547 - Jonathan W. Owens – Remains pending with OD for drafting;

(b)(6)

WF 165549 - Shadee M. Star – Remains pending with OD for drafting;

(b)(6)

WF 165123 - Brock E. Taylor – Remains pending with OD for drafting; and

(b)(6)

**IJ Recommendation Pending at the Department:**

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;

(b)(6)

**WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;**

(b)(6)

WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
**WF 165122.4020941 - Lorely R. Fernandez – Received in DOJ Exec Sec on 04/30/18;**

(b)(6)

WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
**WF 165480.4018487 - Kaarina Salovaara – Pending in OAG since 04/30/18; and**
**WF 165240.4020931 - Michael G. Walliesa – Received in DOJ Exec Sec on 04/30/18.**

**ACIJ Recommendation Pending at the Department:**

(b)(6)

**Temporary IJ Appointment Order Pending at EOIR:**

(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮;

WF 165581– Daniel Gilbert (Harlingen) – JRMcH signed on 04/30/17; pending with OS for further processing with OARM;

WF 165501 – Lena Golovnin (New York) – Remains pending with OS for further processing with OARM;

WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;

WF 165580 – Howard Hom (New York) – JRMcH signed on 04/30/17; pending with OS for further processing with OARM;

WF 165500 – Natalie Huddleston (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;

(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

WF 165601 – Anita Simons (Los Angeles) – JRMcH signed on 04/30/17; pending with OS for further processing with OARM;

WF 165544 – George J. Ward, Jr. (Falls Church IAC) – Remains pending with OS for further processing with OARM; and

WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Permanent IJ Appointment Orders Pending at EOIR:**

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;

WF – Nancy Miller (Los Angeles) – BI remains pending in OS;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department:**

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with

OLC since 04/24/18;
WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending in OLC since 04/26/18; and
WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

Not a responsive record

Not a responsive record

Not a responsive record

**From:** Butler, Vicki A. (EOIR)
**Sent:** Tuesday, May 01, 2018 6:21 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR)
<Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR)
<Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved)
regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as
of 05/01/18

**Reemployed Annuitant Pending at the Department:**
(b)(6)

(b)(6)

**IJ Recommendation Pending at EOIR:**
**WF 165520 - Stuart D. Alcorn – Pending with EOIR Exec Sec for review since 05/01/18 before forwarding to OOD for review/signature;**
**WF 165521 - Laura C. Figueroa – Pending with EOIR Exec Sec for review since 05/01/18 before forwarding to OOD for review/signature;**
(b)(6)

**WF 165121 - Brent H. Landis – Pending with EOIR Exec Sec for review since 05/01/18 before forwarding to OOD for review/signature;**
WF 165242 - Patrick M. McKenna – Remains pending with OD for drafting;
(b)(6)

**WF 165546 - Dion A. Moorwood – Draft completed on 05/01/18; pending with OS for concurrence since 05/01/18;**
**WF 165547 - Jonathan W. Owens – Draft completed on 05/01/18; pending with OS for concurrence since 05/01/18;**
(b)(6)

WF 165549 - Shadee M. Star – Remains pending with OD for drafting;
(b)(6)

WF 165123 - Brock E. Taylor – Remains pending with OD for drafting; and
(b)(6)

**IJ Recommendation Pending at the Department:**
WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6)
WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;
(b)(6)
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
**WF 165122.4020941 - Lorely R. Fernandez – Remains pending with ODAG since 04/30/18;**
(b)(6)
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
WF 165480.4018487 - Kaarina Salovaara – Pending in OAG since 04/30/18; and
**WF 165240.4020931 - Michael G. Walliesa – Remains pending with ODAG since 04/30/18.**

**ACIJ Recommendation Pending at the Department:**
(b)(6)

**Temporary IJ Appointment Order Pending at EOIR:**
WF 165581– Daniel Gilbert (Harlingen) – Remains pending with OS for further processing

with OARM;

WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;

WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;

WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;

**(b)(6)** ██████████████████████████████████████

WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 165544 – George J. Ward, Jr. (Falls Church IAC) – Remains pending with OS for further processing with OARM; and

WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at the Department:**

**(b)(6)** ██████████████████████████████████████

**WF 165501.4021607 – Lena Golovnin (New York) – Received in DOJ Exec Sec on 05/01/18**; and

**WF 165500.4021602 – Natalie Huddleston (Los Angeles) – Received in DOJ Exec Sec on 05/01/18.**

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;

WF – Nancy Miller (Los Angeles) – BI remains pending in OS;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

**WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - ODAG**

==(Terwilliger) initialed memo for the DAG on 04/30/18; remains pending with OAG since 04/30/18==;

WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending in OLC since 04/26/18; and

WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/02/18 |
| **Date:** | Wednesday, May 02, 2018 6:34:14 PM |

**Reemployed Annuitant Pending at the Department**:

(b)(6) ███████████████████████████████████████
███████████████

**IJ Recommendation Pending at EOIR:**

**WF 165520 - Stuart D. Alcorn – Pending with OD for review/signature as of 05/02/18**;
**WF 165521 - Laura C. Figueroa – Pending with OD for review/signature as of 05/02/18**;
(b)(6) ██████████████████████████████████████

**WF 165121 - Brent H. Landis – Pending with OD for review/signature as of 05/02/18**;
**WF 165242 - Patrick M. McKenna – Pending with OS for concurrence as of 05/02/18**;
(b)(6) ███████████████████████████████████

**WF 165546 - Dion Alexander Moorwood – Pending with OD for review/signature as of 05/02/18**;
**WF 165547 - Jonathan W. Owens – Pending with OD for review/signature as of 05/02/18**;
(b)(6) ████████████████████████████████████

**WF 165549 - Shadee M. Star – Draft completed on 05/02/18; pending with OS for concurrence as of 05/02/18**;
(b)(6) ████████████████████████████████████
WF 165123 - Brock E. Taylor – Remains pending with OD for drafting; and
(b)(6) ██████████████████████████████████████

**IJ Recommendation Pending at the Department:**

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6) ███████████████████████████████████
WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;
(b)(6) ████████████████████████████████████
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
**WF 165122.4020941 - Lorely R. Fernandez – Pending with OAG as of 05/02/18;**
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
WF 165480.4018487 - Kaarina Salovaara – Remains pending in OAG since 04/30/18; and
**WF 165240.4020931 - Michael G. Walliesa – Pending with OAG as of 05/02/18.**

**ACIJ Recommendation Pending at the Department:**
(b)(6) ████████████████████████████████████

**Temporary IJ Appointment Order Pending at EOIR:**
WF 165581– Daniel Gilbert (Harlingen) – Remains pending with OS for further processing

with OARM;

WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;

WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;

WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;

(b)(6)

WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and

WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at the Department:**

(b)(6)

**WF 165501.4021607 – Lena Golovnin (New York) – Pending with OLC as of 05/02/18;** and

**WF 165500.4021602 – Natalie Huddleston (Los Angeles) – Pending OLC as of 05/02/18.**

**Permanent IJ Appointment Orders Pending at EOIR:**

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;

WF – Nancy Miller (Los Angeles) – BI remains pending in OS;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department:**

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OAG since 04/30/18;

WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending in OLC since 04/26/18; and

WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/04/18 |
| **Date:** | Friday, May 04, 2018 4:34:54 PM |

## Reemployed Annuitant Pending at the Department:

(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

## IJ Recommendation Pending at EOIR:

(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .

## IJ Recommendation Pending at the Department:

**WF 165520.4023303 - Stuart D. Alcorn – Received in DOJ Exec Sec on 05/04/18**;
WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;
(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
WF 165122.4020941 - Lorely R. Fernandez – Pending with OAG as of 05/02/18;
**WF 165521.4023396 - Laura C. Figueroa – Received in DOJ Exec Sec on 05/04/18;**
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**WF 165121.4023441 - Brent H. Landis – Received in DOJ Exec Sec on 05/04/18;**
**WF 165242.4023614 - Patrick M. McKenna – Received in DOJ Exec Sec on 05/04/18;**
**WF 165546.4023489 - Dion Alexander Moorwood – Received in DOJ Exec Sec on 05/04/18;**
**WF 165547.4023540 - Jonathan W. Owens – Received in DOJ Exec Sec on 05/04/18;**
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**WF 165480.4018487 – Kaarina Salovaara – AG signed and approved on 05/02/18**;
**WF 165549.4023598 - Shadee M. Star – Received in DOJ Exec Sec on 05/04/18;**
**WF 165241.4023555 - Steven G. Stranksy – Received in DOJ Exec Sec on 05/04/18;**
**WF 165123.4023561 - Brock E. Taylor – Received in DOJ Exec Sec on 05/04/18**; and
WF 165240.4020931 - Michael G. Walliesa – Pending with OAG as of 05/02/18.

## ACIJ Recommendation Pending at the Department:

(b)(6) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Temporary IJ Appointment Order Pending at EOIR:

WF 165581– Daniel Gilbert (Harlingen) – Remains pending with OS for further processing with OARM;

**WF – Kathy French (Otero) – Pending in OS for concurrence as of 05/04/18;**
WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;
(b)(6)
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
**WF – W. Scott Laragy (Oakdale) - Pending in OS for concurrence as of 05/04/18;**
WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;
(b)(6)

**WF – Angela Munson (La Salle) - Pending in OS for concurrence as of 05/04/18;**
**WF – Jeffery R. Nance (Stewart) – Pending in OS for concurrence as of 05/04/18;**
WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;
**WF – Cassie A. Thogersen (La Salle) – Pending in OS for concurrence as of 05/04/18;**
WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at the Department:**
(b)(6)

WF 165501.4021607 – Lena Golovnin (New York) – Pending with OLC as of 05/02/18; and
WF 165500.4021602 – Natalie Huddleston (Los Angeles) – Pending OLC as of 05/02/18.

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;
WF – Nancy Miller (Los Angeles) – BI remains pending in OS;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and
WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department:**
WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;
WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.
WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OAG since 04/30/18;
WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending in OLC since 04/26/18;
WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

**From:**    Sheehey, Kate (EOIR)
**To:**      McHenry, James (EOIR); Reilly, Katherine (EOIR); Keller, Mary Beth (EOIR)
**Subject:** Future IJ"s on deck
**Date:**    Monday, May 07, 2018 4:37:27 PM

To follow up our conversation earlier today, here are the EOD's that I know of for sure.  I expect many many more for July.

May 13 EOD's:

Bjornerud – Adelanto

Clancy – Harlingen

Jackson – San Francisco

July 8 EOD's

Fellrath – Los Angeles

Spath – Arlington

| | |
|---|---|
| **From:** | McHenry, James (EOIR) |
| **To:** | Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Subject:** | Fwd: Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/08/18 |
| **Date:** | Tuesday, May 08, 2018 11:11:12 AM |

For any of these pending signature in OD Katherine can sign for me to keep them moving today.


Begin forwarded message:

**From:** "Butler, Vicki A. (EOIR)" <Vicki.Butler@EOIR.USDOJ.GOV>
**Date:** May 8, 2018 at 10:58:42 AM EDT
**To:** "McHenry, James (EOIR)" <James.McHenry@EOIR.USDOJ.GOV>,
"Reilly, Katherine (EOIR)" <Katherine.Reilly@EOIR.USDOJ.GOV>, "Sheehey,
Kate (EOIR)" <Kate.Sheehey@EOIR.USDOJ.GOV>, "Carballo, Vivian (EOIR)"
<Vivian.Carballo@EOIR.USDOJ.GOV>
**Cc:** "Caldwell, Rhonda (EOIR)" <Rhonda.Caldwell@EOIR.USDOJ.GOV>,
"Moutinho, Deborah (EOIR)" <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject: Updated Information is Bolded/Hi-lighted (Yellow is movement and
Red is signed/approved) regarding IJ Hiring (Reemployed
Annuitant/Recommended/Temporary/Permanent Assignments) - as of
05/08/18**


**Reemployed Annuitant Pending at the Department**:
(b)(6)


**IJ Recommendation Pending at EOIR:**
(b)(6)


**IJ Recommendation Pending at the Department**:
**WF 165520.4023303 - Stuart D. Alcorn – Remains pending in ODAG since
05/04/18**:
WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since
03/22/18;
(b)(6)

WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;
(b)(6)

WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG
since 04/03/18;
WF 165122.4020941 - Lorely R. Fernandez – Pending with OAG as of 05/02/18;

**WF 165521.4023396 - Laura C. Figueroa – Remains pending in ODAG since 05/04/18;**
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
(b)(6)
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
(b)(6)
**WF 165121.4023441 - Brent H. Landis – Pending in ODAG since 05/07/18;**
**WF 165242.4023614 - Patrick M. McKenna – Pending in ODAG since 05/07/18;**
**WF 165546.4023489 - Dion Alexander Moorwood – Pending in ODAG since 05/07/18;**
**WF 165547.4023540 - Jonathan W. Owens – Pending in ODAG since 05/07/18;**
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
(b)(6)
**WF 165549.4023598 - Shadee M. Star – Pending in ODAG since 05/07/18;**
(b)(6)
**WF 165123.4023561 - Brock E. Taylor – Pending in ODAG since 05/07/18;**
and
WF 165240.4020931 - Michael G. Walliesa – Pending with OAG as of 05/02/18.

**ACIJ Recommendation Pending at the Department:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR:**
**WF 165801 – John R. Doolittle II (Houston) – Pending in OD for concurrence and signature as of 05/08/18;**
**WF 165802 – Sirce E. Owen (Atlanta) – Pending in OD for concurrence and signature as of 05/08/18;**

**Temporary IJ Appointment Order Pending at EOIR:**
WF 165581– Daniel Gilbert (Harlingen) – Remains pending with OS for further processing with OARM;
**WF 165782 – Kathy French (Otero) – Pending in OD for concurrence and signature as of 05/08/18;**
WF 165502 – Cynthia Gordon (New York) – Remains pending with OS for further processing with OARM;
**WF 165783 – Nathan L. Herbert (El Paso) – Pending in OD for concurrence and signature as of 05/08/18;**
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
**WF 165784 – W. Scott Laragy (Oakdale) – Draft completed on 05/07/18; pending in OD awaiting feedback from OS as of 05/07/18;**
WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;
(b)(6)

(b)(6)

**WF 165785 – Angela Munson (La Salle) - Pending in OD for concurrence and signature as of 05/08/18**;
**WF 165786 – Jeffery R. Nance (Stewart) – Pending in OD for concurrence and signature as of 05/08/18**;
WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;
**WF 165800 – Cassie A. Thogersen (La Salle) – Pending in OD for concurrence and signature as of 05/08/18**;
WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at the Department:**
(b)(6)

**WF 165501.4021607 – Lena Golovnin (New York) – OLC submitted memo to the AG dated 05/07/18 approving Order with respect to form and legality; pending with ODAG as of 05/08/18**; and
**WF 165500.4021602 – Natalie Huddleston (Los Angeles) – OLC submitted memo to the AG dated 05/07/18 approving Order with respect to form and legality; pending with ODAG as of 05/08/18.**

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Zakia Mahasa (Baltimore) – Draft completed on 04/25/18; remains pending for OARM's approval on suitability;
WF – Nancy Miller (Los Angeles) – BI remains pending in OS;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and
WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department:**
WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;
WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;
WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with

OAG since 04/05/18.
WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 - Remains pending with OLC since 04/24/18;
WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending in OLC since 04/26/18; and
WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 - Remains pending with OLC since 04/24/18.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR); Carballo, Vivian (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/09/18 |
| **Date:** | Wednesday, May 09, 2018 5:14:35 PM |

## Reemployed Annuitant Pending at the Department:

(b)(6)

## IJ Recommendation Pending at EOIR:

(b)(6)

## IJ Recommendation Pending at the Department:

**WF 165520.4023303 - Stuart D. Alcorn – ODAG (Terwilliger) initialed memo for the DAG on 05/07/18; pending with OAG since 05/08/17;**

WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;

(b)(6)

WF 165120.4018478 – Grady A. Crooks – Pending in OAG since 04/30/18;

(b)(6)

WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;

WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;

WF 165122.4020941 - Lorely R. Fernandez – Pending with OAG as of 05/02/18;

**WF 165521.4023396 – Laura C. Figueroa – ODAG (Terwilliger) initialed memo for the DAG on 05/07/18; pending with OAG since 05/08/17;**

WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;

(b)(6)

WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;

(b)(6)

**WF 165121.4023441 - Brent H. Landis – ODAG (Bolitho) initialed memo for the DAG on 05/07/18; pending with OAG since 05/08/18;**

WF 165242.4023614 - Patrick M. McKenna – Pending in ODAG since 05/07/18;

**WF 165546.4023489 - Dion Alexander Moorwood – ODAG (Bolitho) initialed memo for the DAG on 05/07/18; pending with OAG since 05/08/18;**

**WF 165547.4023540 - Jonathan W. Owens – ODAG (Bolitho) initialed memo for the DAG on 05/07/18; pending with OAG since 05/08/18;**

WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;

(b)(6)

WF 165549.4023598 - Shadee M. Star – Pending in ODAG since 05/07/18;

(b)(6)

**WF 165123.4023561 - Brock E. Taylor – ODAG (Bolitho) initialed memo for the DAG on**

**05/08/18; pending in OAG since 05/08/18**; and
WF 165240.4020931 - Michael G. Walliesa – Pending with OAG as of 05/02/18.

**ACIJ Recommendation Pending at the Department:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR**:
**WF 165801 – John R. Doolittle II (Houston) – KHR signed on 05/08/18; pending with OS for further processing with OARM**; and
**WF 165802 – Sirce E. Owen (Atlanta) – KHR signed on 05/08/18; pending with OS for further processing with OARM**

**Temporary IJ Appointment Order Pending at EOIR:**
**WF 165782 – Kathy French (Otero) – – KHR signed on 05/08/18; pending with OS for further processing with OARM**;
**WF 165783 – Nathan L. Herbert (El Paso) – – KHR signed on 05/08/18; pending with OS for further processing with OARM**;
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
**WF 165784 – W. Scott Laragy (Oakdale) – Pending with OD for concurrence and signature as of 05/09/18**;
WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;
**WF 165785 – Angela Munson (La Salle) - – KHR signed on 05/08/18; pending with OS for further processing with OARM**;
**WF 165786 – Jeffery R. Nance (Stewart) – – KHR signed on 05/08/18; pending with OS for further processing with OARM**;
WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;
**WF 165800 – Cassie A. Thogersen (La Salle) – – KHR signed on 05/08/18; pending with OS for further processing with OARM**;
WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at the Department:**
(b)(6)

WF 165501.4021607 – Lena Golovnin (New York) – Remains pending with ODAG since 05/08/18; and
**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – OARM concurred on 05/08/18; pending with OLC as of 05/09/18**;
**WF 165502.4025597 – Cynthia Gordon (New York) – OARM concurred on 05/08/18; pending with OLC as of 05/09/18**;
WF 165500.4021602 – Natalie Huddleston (Los Angeles) – Remains pending with ODAG since 05/08/18.
(b)(6)

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

**WF – Zakia Mahasa (Baltimore) – Pending with OS for concurrence as of 05/09/18;**
**WF – Nancy Miller (Los Angeles) – Pending with OS for concurrence as of 05/09/18;**

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF – Vance Spath (Arlington) - Expected EOD in July 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

**WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 – Pending with ODAG as of 05/08/18;**
**WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Pending with ODAG as of 05/08/18; and**
**WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 – Pending with ODAG as of 05/08/18.**

Not a responsive record

Not a responsive record

Not a responsive record

**From:** Butler, Vicki A. (EOIR)
**Sent:** Thursday, May 10, 2018 7:01 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR)
<Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR)
<Deborah.Moutinho@EOIR.USDOJ.GOV>

**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/10/18

<u>**Reemployed Annuitant Pending at the Department**</u>:

(b)(6) ███████████████████████████████████████████
████████

<u>**IJ Recommendation Pending at EOIR**</u>:

(b)(6) ██████████████████████████████████████
██████████████████████████████████████████

<u>**IJ Recommendation Pending at the Department**</u>:
WF 165520.4023303 - Stuart D. Alcorn –Remains pending with OAG since 05/08/17;
WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6) ███████████████████████████████████████████████
WF 165120.4018478 – Grady A. Crooks – Remains pending in OAG since 04/30/18;
(b)(6) ███████████████████████████████████████████████
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
WF 165122.4020941 - Lorely R. Fernandez – Remains pending with OAG as of 05/02/18;
WF 165521.4023396 - Laura C. Figueroa – Remains pending since 05/08/17;
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
(b)(6) ███████████████████████████████████████████████
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
(b)(6) ███████████████████████████████████████████████
WF 165121.4023441 - Brent H. Landis – Remains pending with OAG since 05/08/18;
<mark>**WF 165242.4023614 - Patrick M. McKenna – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18**</mark>;
WF 165546.4023489 - Dion Alexander Moorwood – Remains pending with OAG since 05/08/17;
WF 165547.4023540 - Jonathan W. Owens – Remains pending with OAG since 05/08/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
(b)(6) ███████████████████████████████████████████████
<mark>**WF 165549.4023598 - Shadee M. Star – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18**</mark>;
WF 165241.4023555 - Steven G. Stranksy – Remains pending with OAG since 05/08/18;
WF 165123.4023561 - Brock E. Taylor – Remains pending in OAG since 05/08/18; and
WF 165240.4020931 - Michael G. Walliesa – Remains pending with OAG since 05/02/18.

<u>**ACIJ Recommendation Pending at the Department:**</u>
(b)(6) ███████████████████████████████████████████████
-
<u>**ACIJ Temporary Appointment Order Pending at EOIR**</u>:
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with

OARM.

**Temporary IJ Appointment Order Pending at EOIR:**

WF 165782 – Kathy French (Otero) – – Remains pending with OS for further processing with OARM;

WF 165783 – Nathan L. Herbert (El Paso) – – Remains pending with OS for further processing with OARM;

WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;

WF 165784 – W. Scott Laragy (Oakdale) – Pending with OD for concurrence and signature as of 05/09/18;

WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;

WF 165785 – Angela Munson (La Salle) - – Remains pending with OS for further processing with OARM;

WF 165786 – Jeffery R. Nance (Stewart) – – Remains pending with OS for further processing with OARM;

WF – Anne K. Perry (Los Angeles) – Pending in OD for drafting;

WF – Kaarina Salovaara (Chicago) – Pending in OD for drafting;

WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 165800 – Cassie A. Thogersen (La Salle) – – Remains pending with OS for further processing with OARM;

WF – Nelson A. Vargas-Padilla (Ulster) – Pending in OD for drafting;

WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and

WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM**.**

(b)(6)

**WF 165501.4021607 – Lena Golovnin (New York) – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18; and**

WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OLC as of 05/09/18;

WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OLC as of 05/09/18;

**WF 165500.4021602 – Natalie Huddleston (Los Angeles) – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18**.

(b)(6)

**Permanent IJ Appointment Orders Pending at EOIR:**

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

**WF – Zakia Mahasa (Baltimore) – Pending with EOIR Exec Sec for review and concurrence as of 05/10/18;**

**WF – Nancy Miller (Los Angeles) – Pending with EOIR Exec Sec for review and concurrence as of 05/10/18;**

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF – Vance Spath (Arlington) - Expected EOD in July 13, 2018; remains pending in OD for drafting.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

**WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18;**

**WF 160522.4018367 – Eric J. Tijerina (San Antonio) – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18**; and

**WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 – ODAG (Bolitho) initialed memo for the DAG on 05/09/18; pending with OAG as of 05/10/18**.

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **To:** | McHenry, James (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Butler, Vicki A. (EOIR); Reilly, Katherine (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Re: Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/10/18 |
| **Date:** | Friday, May 11, 2018 5:30:49 PM |

Thank you!

On May 11, 2018, at 5:23 PM, McHenry, James (EOIR)
<James.McHenry@EOIR.USDOJ.GOV> wrote:

Duplicate

**From:** Caldwell, Rhonda (EOIR)
**Sent:** Friday, May 11, 2018 5:11 PM
**To:** Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>; McHenry, James (EOIR)
<James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR)
<Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR)
<Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** RE: Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/10/18

Duplicate

Thanks, RC

**From:** Butler, Vicki A. (EOIR)
**Sent:** Thursday, May 10, 2018 7:01 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine
(EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR)
<Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho,
Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/10/18

Duplicate

Not a responsive record

**From:** Butler, Vicki A. (EOIR)
**Sent:** Monday, May 14, 2018 7:31 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>;
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Reemployed Annuitant/Recommended/Temporary/Permanent Assignments) - as of 05/14/18

(b)(6)

## IJ Recommendation Pending at EOIR:
(b)(6)

## IJ Recommendation Pending at the Department:
WF 165520.4023303 - Stuart D. Alcorn –Remains pending with OAG since 05/08/17;
WF 163461.3998418 – Audra R. Behne – Remains pending in OAG since 03/22/18;
(b)(6)
WF 165120.4018478 – Grady A. Crooks – Remains pending in OAG since 04/30/18;
(b)(6)
WF 163304.3990922 – Sam Factor – Remains pending with OAG since 03/09/18;
WF 163460.4004045 – Emily N. Farrar-Crockett – Remains pending with OAG since 04/03/18;
WF 165122.4020941 - Lorely R. Fernandez – Remains pending with OAG as of 05/02/18;
WF 165521.4023396 - Laura C. Figueroa – Remains pending with OAG since 05/08/17;
WF 165100.4013684 – Steven B. Fuller – Remains pending with OAG since 04/19/18;
(b)(6)
WF 163305.4002494 – Carlos R. Juelle – Remains pending with OAG since 03/29/18;
(b)(6)
WF 165121.4023441 - Brent H. Landis – Remains pending with OAG since 05/08/18;
WF 165242.4023614 - Patrick M. McKenna – Remains pending with OAG as of 05/10/18;
WF 165546.4023489 - Dion Alexander Moorwood – Remains pending with OAG since 05/08/17;
WF 165547.4023540 - Jonathan W. Owens – Remains pending with OAG since 05/08/18;
WF 163320.4005942 – Sebastian T. Patti – Remains pending with OAG since 04/06/18;
(b)(6)

WF 165549.4023598 - Shadee M. Star – Remains pending with OAG as of 05/10/1**8**;
WF 165241.4023555 - Steven G. Stranksy – Remains pending with OAG since 05/08/18;
WF 165123.4023561 - Brock E. Taylor – Remains pending in OAG since 05/08/18; and
WF 165240.4020931 - Michael G. Walliesa – Remains pending with OAG since 05/02/18.

## ACIJ Recommendation Pending at the Department:

(b)(6) ██████████████████████████████████████████████

## ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM.

## Temporary IJ Appointment Order Pending at EOIR:

WF 165782 – Kathy French (Otero) – – Remains pending with OS for further processing with OARM;
WF 165783 – Nathan L. Herbert (El Paso) – – Remains pending with OS for further processing with OARM;
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
WF 165784 – W. Scott Laragy (Oakdale) – Pending with OD for concurrence and signature as of 05/09/18;
WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;
WF 165785 – Angela Munson (La Salle) - – Remains pending with OS for further processing with OARM;
WF 165786 – Jeffery R. Nance (Stewart) – – Remains pending with OS for further processing with OARM;
WF – Anne K. Perry (Los Angeles) – Pending in OD for drafting;
WF – Kaarina Salovaara (Chicago) – Pending in OD for drafting;
WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;
WF 165800 – Cassie A. Thogersen (La Salle) – – Remains pending with OS for further processing with OARM;
**WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Pending with OD for concurrence and signature as of 05/14/18**;
WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and
WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM**.**

## Temporary IJ Appointment Order Pending at the Department:

(b)(6) ██████████████████████████████████████████████

WF 165501.4021607 – Lena Golovnin (New York) – Remains pending with OAG as of 05/10/18; and
**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – OLC submitted memo to the AG dated 05/10/18 approving Order with respect to form and legality; pending with ODAG as of 05/11/18**;

**WF 165502.4025597 – Cynthia Gordon (New York) – OLC submitted memo to the AG dated 05/10/18 approving Order with respect to form and legality; pending with ODAG as of 05/11/18**;

WF 165500.4021602 – Natalie Huddleston (Los Angeles) – Remains pending with OAG as of 05/10/18.

(b)(6)

---

<u>Permanent IJ Appointment Orders Pending at EOIR</u>:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

**WF 166040 – Zakia Mahasa (Baltimore) – Pending with OD for concurrence and signature as of 05/14/18;**

**WF 166041 – Nancy Miller (Los Angeles) – Pending with OD for concurrence and signature as of 05/14/18;**

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

WF 165981 – Vance Spath (Arlington) - Expected EOD in July 13, 2018; remains pending in OD for drafting.

<u>Permanent IJ Appointment Orders Pending at the Department</u>:

WF 161720.4005588 – M. Audrey Carr (Bloomington) – Remains pending with OAG since 04/11/18;

WF 162960.4005589 – Jaime Jasso (Imperial) – Remains pending with OAG since 04/11/18;

WF 160560.4002472 – David C. Koelsch (Baltimore) – Remains pending with OAG since 04/05/18.

WF 165461.4017557 – An Mai Nguyen (Los Angeles) NTE 05/18/18 – Remains pending with OAG as of 05/10/18;

WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending with OAG as of 05/10/18; and

WF 163981.4017565 – Gwendylan E. Tregerman (Atlanta) NTE 05/18/18 – Remains pending with OAG as of 05/10/18.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 05/18/18 |
| **Date:** | Friday, May 18, 2018 4:59:30 PM |

## IJ Recommendation Pending at EOIR:

(b)(6)

## IJ Recommendation Pending at the Department:

(b)(6)

WF 165242.4023614 - Patrick M. McKenna – Remains pending with OAG as of 05/10/18; and

WF 165549.4023598 - Shadee M. Star – Remains pending with OAG as of 05/10/18.

## ACIJ Temporary Appointment Order Pending at EOIR:

(b)(6)

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and

WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM.

## Temporary IJ Appointment Order Pending at EOIR:

**WF – Stuart Alcorn (Pearsall) – Draft completed on 05/18/18;**

**WF – Audre R. Behne (Falls Church – Draft completed on 05/18/18;**

(b)(6)

**WF – Grady A. Crooks (La Salle) – Draft completed on 05/18/18;**

(b)(6)

**WF – Emily N. Farrar-Crockett (Falls Church) – Draft completed on 05/18/18;**

**WF – Lorely Ramirez Fernandez (Otero) – Draft completed on 05/18/18;**

**WF – Laura C. Figueroa (San Francisco) – Draft completed on 05/18/18;**

WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM;

**WF – Steven B. Fuller (La Salle) – Draft completed on 05/18/18;**

WF 165783 – Nathan L. Herbert (El Paso) – Remains pending with OS for further processing with OARM;

WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;

**WF – Carols R. Juelle (Los Angeles) – Draft completed on 05/18/18;**

(b)(6)

**WF – Brent H. Landis (La Salle) – Draft completed on 05/18/18;**

WF 165784 – W. Scott Laragy (Oakdale) – Remains pending with OS for further processing with OARM;

WF 165542 – Michael McFarland (New York) – Remains pending with OS for further processing with OARM;

WF 165785 – Angela Munson (La Salle) – Remains pending with OS for further processing with OARM;

WF 165786 – Jeffery R. Nance (Stewart) – Remains pending with OS for further processing

with OARM;

**WF – Jonathan W. Owens (Chicago) – Draft completed on 05/18/18;**

**WF – Sebastian T. Patti (Los Angeles) – Draft completed on 05/18/18;**

**WF 166081 – Anne K. Perry (Los Angeles) – KHR signed on 05/18/18; forwarding to OS for further processing with OARM;**

(b)(6) ███████████████████

**WF 166080 – Kaarina Salovaara (Chicago) – KHR signed on 05/18/18; forwarding to OS for further processing with OARM;**

WF 165601 – Anita Simons (Los Angeles) – Remains pending with OS for further processing with OARM;

**WF – Steven G. Stransky (Cleveland) – Draft completed on 05/18/18;**

**WF – Brock E. Taylor (Otero) – Draft completed on 05/18/18;**

WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM;

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM;

**WF – Michael E. Walleisa (Miami) – Draft completed on 05/18/18**;

WF 165544 – George J. Ward, Jr. (Falls Church) – Remains pending with OS for further processing with OARM; and

WF 165545 – Jason Waterloo (Los Angeles) – Remains pending with OS for further processing with OARM**.**

‑

**Temporary IJ Appointment Order Pending at the Department:**

**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – ODAG (Bolitho) initialed memo for the DAG on 05/16/18; pending with OAG since 05/17/18;**

**WF 165502.4025597 – Cynthia Gordon (New York) – ODAG (Bolitho) initialed memo for the DAG on 05/16/18; pending with OAG since 05/17/18;** and

(b)(6) ███████████████████

‑

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018;

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018; and

**WF 165981 – Vance Spath (Arlington) - Expected EOD in July 8, 2018; KHR signed on 05/18/18; sending to DOJ Exec Sec on 05/21/18.**

**Permanent IJ Appointment Orders Pending at the Department**:

**WF 166040.4032415 – Zakia Mahasa (Baltimore) – Received in DOJ Exec Sec on 05/17/18;**

**WF 166041.4032392 – Nancy Miller (Los Angeles) – Pending in OLC since 05/17/18;**

WF 160522.4018367 – Eric J. Tijerina (San Antonio) – Remains pending with OAG as of 05/10/18.

| Applica+M1+A1: M59 | Locations | Advertisement | Status as of 5/22 | | Fed | Est EOD |
|---|---|---|---|---|---|---|
| Alcorn, Stuart | Pearsall | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y | 8-Jul |
| (b)(6) | | | | | | |
| Bjornerud, Maria | Los Angeles | June 2017 | **EOD set - May 13** | | | |
| Carr, Audrey | Bloomington | | **EOD set - Sept. 30** | | | |
| (b)(6) | | | | | | |
| Clancy, Sean | HARLINGEN | | **EOD set - May 13** | | | |
| Crooks, Grady | La Salle | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y (DOJ) | 8-Jul |
| (b)(6) | | | | | | |
| Doolittle, John | Houston | ACIJ | Temp appointment order signed at EOIR 5/8. HR and OCIJ docs rec'd, sent to OS 5/3 to get him into eQip etc.  Docs due back 5/10 - on 5/7 had emergency with elderly parents out of state.  Docs mailed today 5/22 | | N (Ret) | 8-Jul |
| (b)(6) | | | | | | |
| Factor, Sam | NEW YORK | June 2017 | 5/22 accepts tentative offer, HR sends papers; temp appointment memo is drafted | | N | 2-Sep |
| Farrar-Crockett, Emily | Falls Church | August 2017 | 5/22 accepts tentative offer, HR sends paperwork; temp appointment memo is drafted | | N | 2-Sep |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fellrath, Robert | LOS ANGELES | June 2017 | **EOD set - July 8** | | | |
| Fernandez, Lorely | OTERO | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y | 8-Jul |
| Figueroa, Laura | SAN FRANCISCO | September/October 2017 | 5/21 accepted tentative offer, HR sends paperwork; temp appointment memo is drafted | | N | 2-Sep |
| (b)(6) | | | | | | |
| French, Kathleen | OTERO | September/October 2017 | Accepted tentative offer 4/30.  KR signed temp order, pending w/OS before OARM.  HR and OCIJ doc's rec'd in OS 5/8, estimated return is 5/15.  5/22 - rec'd full OS package, pending security review | | Y | 8-Jul |
| Fuller, Steven | La Salle | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y | 8-Jul |
| Gilbert, Daniel | HARLINGEN | June 2017 | All security docs received.  Temp order signed b JMcH 4/30; 5/2 OS rec'd temp order and sent to OARM.  Pending with OAG as of 5/17 | | Y | 8-Jul |
| Golovnin, Lena | NEW YORK | June 2017 | **5/17 - accepts with EOD set July 8th** | | | |
| Gordon, Cynthia | NEW YORK | June 2017 | Temp order signed by JMcH 4/25, sent to OS 4/26,  Corrected tax form has been received, sent to OARM 4/27.  Pending with OAG as of 5/17 | | Y | 8-Jul |
| Herbert, Nathan | El Paso | September/October 2017 | Accepted tentative offer 4/30,  KR signed temp order 5/8.  HR Docs sent to OS on 5/8.  Partial security package rec'd 5/10, pending receipt of fingerpritn cards and tax check waiver | | Y | 8-Jul |

| Name | Location | Year | Status | | Y/N | Date |
|---|---|---|---|---|---|---|
| Hom, Howard | NEW YORK | June 2017 | Accepted offer 4/24.  Temp order signed by JMcH 4/30.  Applicant has completed security documents and eQIP. Pay issue resolved, need to see if to OARM. | | N | 2-Sep |
| (b)(6) | | | | | | |
| Huddleston, Natalie | LOS ANGELES | June 2017 | 5/17 - accepts with EOD set July 8th | | | |
| Jackson, Jacqueline | SAN FRANCISCO | Pre-2017 | May 13 EOD | | | |
| Jasso, Jaime | Imperial | | Sept 30 EOD (need to change) | | | |
| (b)(6) | | | | | | |
| Juelle, Carlos | LOS ANGELES | June 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | N | 2-Sep |
| (b)(6) | | | | | | |
| Koelsch, David | Baltimore | | 5/22 accepts July 8th EOD | | | |
| (b)(6) | | | | | | |
| Landis, Brent | La Salle | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y | 8-Jul |
| Laragy, William | OAKDALE | June 2017 | 4/18 - Laragy accepted tentative offer.  HR and OCIJ docs rec'd in OS 4/26. Package inc temp order sent to OARM 5/17 | | Y (DOJ) | 8-Jul |
| Mahasa, Zakia | BALTIMORE | Pre-2017 | BI was initiated Oct 2017, usually takes a full year but was completed 4/16, SEPS approved for security 4/20.  As of 4/23 has been with OARM for suitability review and approval.  Permanent appointment memo is rec'd exec sec 5/17 | | N | 2-Sep |

(b)(6)

| Name | Location | Date | Notes | | Y/N | Date |
|------|----------|------|-------|---|-----|------|
| McFarland, Michael | NEW YORK | June 2017 | Temp appointment signed by JMcH 4/25 and sent to OS 4/26. Sent package to OARM 5/14 | | Y | 8-Jul |
| McKenna, Patrick | CHICAGO | September/October 2017 | 5/21 candidate accepts tentative offer, HR sends paperwork. | | Y | 8-Jul |

(b)(6)

| Miller, Nancy | LOS ANGELES | Pre-2017 | Notified OS that we are moving forward with this candidate.  OS notes say 4/25 OARM sending info to DAG.  Perm order written, pending with OLC since 5/17 | | N | 2-Sep |

(b)(6)

| Moorwood, Dion | San Francisco | September/October 2017 | paperwork; need to draft temp appointment memo | | Y | 2-Sep |
| Munson, Angela | La Salle | September/October 2017 | Accepted tent offer 4/30, KR signed temp order 5/8.  Forwarded order and security docs to OARM 5/10.  Internal candidate | | Y (DOJ) | 8-Jul |
| Nance, Jeffrey | STEWART | September/October 2017 | Accepted tent offer 4/30,  KR signed temp order 5/8; HR and OCIJ docs rec'd OS on 5/7 when sent initial security docs to applicant.  eQIP is done, pending fingerprints and DOJ-488.  Package inc temp order sent to OARM 5/17 | | Mil | 2-Sep |

(b)(6)

| Name | Location | Date | Status | | Confirmed | Date |
|------|----------|------|--------|--|-----------|------|
| Owen, Sirce | Atlanta | ACIJ | Temp appointment signed at EOIR 5/8. Sent to OS 5/3 to start eQip etc. Estimated date of return is 5/10. 5/14 rec'd drug test results. eQIP is done, but fingerprints were incorrect, OS emailed 5/14 to discuss. | | Y | 8-Jul |
| Owens, Jonathan | Chicago | | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | N | 2-Sep |
| Patti, Sebastian | LOS ANGELES | June 2017 | 5/22 accepts tentative offer, HR sends docs; temp appointment memo is drafted | | N | 2-Sep |
| Perry, Anne | LOS ANGELES | June 2017 | 5/2 accepts tentative offer. 5/10, accepts second tentative offer. HR has received back all documents and 52s, running salary worksheet by HRO today 5/15, then to OS for processing. | | Y (DOJ) | 8-Jul |

(b)(6)

| Name | Location | Date | Status | | Confirmed | Date |
|------|----------|------|--------|--|-----------|------|
| Salovaara, Kaarina | NEW YORK change to Chicago | June 2017 same ad? | 5/4 AG signed recommendation memo. 5/4 candidate accepted tentative offer. HR has received back all documents and 52s, running salary worksheet by HRO today 5/15, then to OS for processing. | | Y (DOJ) | 8-Jul |
| Simons, Anita | LOS ANGELES | June 2017 | 4/24 accepted tentative offer. Temp order signed by JMcH 4/30. Sent file to OARM 5/10 | | N | 2-Sep |
| Spath, Vance | Arlington | | **EOD confirmed for July 8th** | | | |
| Star, Shadee | SAN FRANCISCO | September/October 2017 | 5/21 candidate accepts tentative offer, HR sends paperwork. | | Y | 8-Jul |

(b)(6)

| | | | | | | |
|---|---|---|---|---|---|---|
| Stranksy, Steven | Cleveland | September/October 2017 | 5/22 accepts tentative offer, HR sends documents; temp appointment memo is drafted | | Y | 8-Jul |
| Taylor, Brock | Otero | September/October 2017 | 5/16 accepts tentative offer, HR sends documents; temp order is drafted | | Y (DOJ) | 8-Jul |
| Thogersen, Cassie | La Salle | September/October 2017 | Accepted tentative offer 4/30.  KR signed temp order 5/8.  HR and OCIJ docs to OS 5/7, sent initial security docs and eQip, estimated date of return is 5/15. | | Y | 8-Jul |
| Tijerina, Eric | SAN ANTONIO | Pre-2017 | Dir signed perm order 4/23, pending with OAG as of 5/10 | | Y | 8-Jul |
| (b)(6) | | | | | | |
| Vargas-Padilla, Nelson | Ulster | June 2017 | accepted tent offer 3/28, Deadline for return of OS docs extended to 5/4.  5/1 received thid set of vouchers from OCIJ. His part of security paperwork done, need drug test results from DOI and AF order.  Order pending for OD concurrence | | Y | 8-Jul |
| (b)(6) | | | | | | |
| Walleisa, Michael | MIAMI | September/October 2017 | 5/21 accepts tentative offer, HR sends documents; temp appointment memo is drafted | | Y (DOJ) | 8-Jul |
| Ward, George | Falls Church | August 2017 | eQip issues corrected, temp order signed by JMcH, package sent to OARM 4/27 | | Y | 8-Jul |
| Waterloo, Jason | LOS ANGELES | June 2017 | accepted tent offer on 3/28, all OS docs received, needed some add'l info. Temp order signed by JMcH 4/25 and sent to OS 4/26.  4/30 drafted letter of support.  5/3 released EOIR docs to OARM. | | Y | 8-Jul |

| From: | Sheehey, Kate (EOIR) |
|---|---|
| To: | McHenry, James (EOIR); Keller, Mary Beth (EOIR); Ward, Lisa (EOIR); Santoro, Christopher A (EOIR); Reilly, Katherine (EOIR); Murry, Anthony (EOIR) |
| Cc: | Moutinho, Deborah (EOIR) |
| Subject: | My IJ tracker |
| Date: | Tuesday, May 22, 2018 5:00:14 PM |
| Attachments: | IJHiring_status.short.xlsx |

All – here is my current tracker of IJs in process.  I haven't taken off the ones that just EOD'd because I want to remember to update the database once it's fully running.  You can ignore the colors, they are basically to help me keep straight some categories of people and to serve as a reminder of who has the ball or what step we are on.

I thought this might be useful for different reasons – MaryBeth and Chris need to plan for EODs and training, Lisa and Deborah are trying to work on a courtroom occupancy chart, this lists locations and estimated EOD (confirmed EODs are in purple in the status column).

I can't reiterate enough how much of a best case scenario estimate this is for getting people on board.  In the incredibly unlikely event that everything goes smoothly, this predicts:

Definite EOD's for July – (b)(5) DP

Possible additional EOD's for July – (b)(5) DP

Definite EOD's for September – (b)(5) DP

Possible additional EOD's for September – (b)(5) DP

Do not promise these numbers to anyone – I would definitely under promise and over deliver if you are asked to provide projections.  I just wanted you to be aware of what the maximum potential magnitude could be.

I think I have run out of caveats for the moment, so I'll just say if you have any questions, please let me know.

Kate

Not a responsive record

Not a responsive record

**From:** Butler, Vicki A. (EOIR)
**Sent:** Wednesday, May 23, 2018 3:44 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine
(EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR)
<Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho,
Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is
signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent
Assignments) - as of 05/23/18

**IJ Recommendation Pending at EOIR:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR:**

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at EOIR:**
**WF 166140 – Stuart Alcorn (Pearsall) – OS for concurrence as of 5/23/18;**
**WF 166160 – Audre R. Behne (Falls Church – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166181 – Grady A. Crooks (LaSalle) – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166220 – Emily N. Farrar-Crockett (Falls Church) – OS for concurrence as of 5/23/18;**
**WF 166240 – Lorely Ramirez Fernandez (Otero) – OS for concurrence as of 5/23/18;**
**WF 166261 – Laura C. Figueroa (San Francisco) – OS for concurrence as of 5/23/18;**
WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM;
WF – Steven B. Fuller (La Salle) – Draft completed on 05/18/18;
WF 165783 – Nathan L. Herbert (El Paso) – Remains pending with OS for further processing with OARM;
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
**WF 166262 – Carols R. Juelle (Los Angeles) – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166263 – Brent H. Landis (LaSalle) – OS for concurrence as of 5/23/18;**
**WF 166265– Jonathan W. Owens (Chicago) – OS for concurrence as of 5/23/18;**
**WF 166266– Sebastian T. Patti (Los Angeles) – OS for concurrence as of 5/23/18;**
WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OS for further processing with OARM;
WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OS for further processing with OARM;
(b)(6)

**WF 166280 – Brock E. Taylor (Otero) – OS for concurrence as of 5/23/18;**
WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM;
WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM; and
**WF 166281 – Michael E. Walleisa (Miami) – OS for concurrence as of 5/23/18;**

**Temporary IJ Appointment Order Pending at the Department:**

**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;**

**WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18;** and

**WF 165784 – W. Scott Laragy (Oakdale) – Pending with OARM;**

(b)(6)

**WF 165542.4034762 – Michael McFarland (New York) – Pending with OLC on 05/21/18;**

**WF 165785 – Angela Munson (La Salle) – Pending with OARM;**

**WF 165786.4034734 – Jeffery R. Nance (Stewart) – OLC submitted memo to the AG dated 05/22/18 approving with respect to form and legality; pending with ODAG since 05/23/18;**

**WF 165601.4034770 – Anita Simons (Los Angeles) – Pending with OLC since 05/21/18;**

**WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Pending with OLC since 05/21/18;** and

**WF 165545.4034745 – Jason Waterloo (Los Angeles) – OLC submitted memo to the AG dated 05/22/18 approving with respect to form and legality; pending with ODAG since 05/23/18.**

**Permanent IJ Appointment Orders Pending at EOIR:**

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department:**

**WF 166040.4032415 – Zakia Mahasa (Baltimore) – OARM initialed on 05/18/18; pending with OLC since 05/23/18;**

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with ODAG since 05/22/18;

**WF 165981 – Vance Spath (Arlington) - Expected EOD in July 8, 2018; delivered to DOJ Exec Sec on 05/22/18;** and

**WF 160522.4018367 – Eric J. Tijerina (San Antonio) – AG approved/signed recommendation and Order dated 05/23/18; pending with OLC for numbering and dispatch.**

Not a responsive record

Not a responsive record

---

**From:** Butler, Vicki A. (EOIR)
**Sent:** Wednesday, May 23, 2018 3:44 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 05/23/18

**IJ Recommendation Pending at EOIR:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR:**
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at EOIR:**
**WF 166140 – Stuart Alcorn (Pearsall) – OS for concurrence as of 5/23/18;**
**WF 166160 – Audre R. Behne (Falls Church – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166181 – Grady A. Crooks (LaSalle) – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166220 – Emily N. Farrar-Crockett (Falls Church) – OS for concurrence as of 5/23/18;**
**WF 166240 – Lorely Ramirez Fernandez (Otero) – OS for concurrence as of 5/23/18;**
**WF 166261 – Laura C. Figueroa (San Francisco) – OS for concurrence as of 5/23/18;**
WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM;
WF – Steven B. Fuller (La Salle) – Draft completed on 05/18/18;
WF 165783 – Nathan L. Herbert (El Paso) – Remains pending with OS for further processing with OARM;
WF 165580 – Howard Hom (New York) – Remains pending with OS for further processing with OARM;
**WF 166262 – Carols R. Juelle (Los Angeles) – OS for concurrence as of 5/23/18;**
(b)(6)

**WF 166263 – Brent H. Landis (LaSalle) – OS for concurrence as of 5/23/18;**
**WF 166265– Jonathan W. Owens (Chicago) – OS for concurrence as of 5/23/18;**
**WF 166266– Sebastian T. Patti (Los Angeles) – OS for concurrence as of 5/23/18;**
WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OS for further processing with OARM;
WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OS for further processing with OARM;
(b)(6)

**WF 166280 – Brock E. Taylor (Otero) – OS for concurrence as of 5/23/18;**
WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM;
WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM; and
**WF 166281 – Michael E. Walleisa (Miami) – OS for concurrence as of 5/23/18;**

**Temporary IJ Appointment Order Pending at the Department:**
**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;**
**WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with**

==OAG since 05/17/18;== and
==WF 165784 – W. Scott Laragy (Oakdale) – Pending with OARM;==
(b)(6) ███████████████████████████

==WF 165542.4034762 – Michael McFarland (New York) – Pending with OLC on 05/21/18;==
==WF 165785 – Angela Munson (La Salle) – Pending with OARM;==
==WF 165786.4034734 – Jeffery R. Nance (Stewart) – OLC submitted memo to the AG dated 05/22/18 approving with respect to form and legality; pending with ODAG since 05/23/18;==
==WF 165601.4034770 – Anita Simons (Los Angeles) – Pending with OLC since 05/21/18;==
==WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Pending with OLC since 05/21/18;== and
==WF 165545.4034745 – Jason Waterloo (Los Angeles) – OLC submitted memo to the AG dated 05/22/18 approving with respect to form and legality; pending with ODAG since 05/23/18.==

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department:**
==WF 166040.4032415 – Zakia Mahasa (Baltimore) – OARM initialed on 05/18/18; pending with OLC since 05/23/18;==
WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with ODAG since 05/22/18;
==WF 165981 – Vance Spath (Arlington) - Expected EOD in July 8, 2018; delivered to DOJ Exec Sec on 05/22/18;== and
<mark style="background:red">WF 160522.4018367 – Eric J. Tijerina (San Antonio) – AG approved/signed recommendation and Order dated 05/23/18; pending with OLC for numbering and dispatch.</mark>



Not a responsive record

Not a responsive record

---

**From:** Butler, Vicki A. (EOIR)
**Sent:** Thursday, May 24, 2018 7:52 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine
(EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR)
<Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho,
Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is
signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent
Assignments) - as of 05/24/18

**IJ Recommendation Pending at EOIR:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR:**
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for
further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further
processing with OARM.

**Temporary IJ Appointment Order Pending at EOIR:**
WF 166140 – Stuart Alcorn (Pearsall) – Pending in OD as of 5/24/18;
**WF 166160 – Audre R. Behne (Falls Church) – OD for concurrence and
signature as of 5/24/18;**
(b)(6)

**WF 166181 – Grady A. Crooks (LaSalle) – OD for concurrence and
signature as of 5/24/18;**
(b)(6)

WF 166341 – Sam Factor (New York) – Accepted offer on 05/21; pending in OD

for drafting;

**WF 166220 – Emily N. Farrar-Crockett (Falls Church) – OD for concurrence and signature as of 5/24/18;**

**WF 166240 – Lorely Ramirez Fernandez (Otero) – OD for concurrence and signature as of 5/24/18;**

**WF 166261 – Laura C. Figueroa (San Francisco) – OD for concurrence and signature as of 5/24/18;**

WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM;

**WF 166300 – Steven B. Fuller (La Salle) – OD for concurrence and signature as of 5/24/18;**

(b)(6)

**WF 166262 – Carols R. Juelle (Los Angeles) – OD for concurrence and signature as of 5/24/18;**

(b)(6)

**WF 166263 – Brent H. Landis (LaSalle) – OD for concurrence and signature as of 5/24/18;**

WF 166349 – Patrick M. McKenna (Chicago) – Pending in OD for drafting;

WF – Dion Alexander Morwood (San Francisco) – Pending in OD for drafting;

**WF 166265 – Jonathan W. Owens (Chicago) – OD for concurrence and signature as of 5/24/18;**

**WF 166266 – Sebastian T. Patti (Los Angeles) – OD for concurrence and signature as of 5/24/18;**

WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OS for further processing with OARM;

WF – Shadee M. Star (San Francisco) – Pending in OD for drafting;

**WF 166267 – Steven G. Stransky (Cleveland) – OD for concurrence and signature as of 5/24/18;**

**WF 166280 – Brock E. Taylor (Otero) – OD for concurrence and signature as of 5/24/18;**

WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM;

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM; and

**WF 166281 – Michael E. Walleisa (Miami) – OD for concurrence and signature as of 5/24/18.**

**Temporary IJ Appointment Order Pending at the Department:**

WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;

WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18; and

**WF 165783.4037139 – Nathan L. Herbert (El Paso) – Received in DOJ Exec;**

**WF 165580.4037140 – Howard Hom (New York) – Received in DOJ Exec;**

WF 165784 – W. Scott Laragy (Oakdale) – Pending with OARM;

(b)(6)

(b)(6)            .

WF 165542.4034762 – Michael McFarland (New York) – Remains pending with OLC on 05/21/18;

WF 165785 – Angela Munson (La Salle) – Pending with OARM;

WF 165786.4034734 – Jeffery R. Nance (Stewart) – Remains pending with ODAG since 05/23/18;

WF 165601.4034770 – Anita Simons (Los Angeles) – Remains pending with OLC since 05/21/18;

WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Remains pending with OLC since 05/21/18; and

WF 165545.4034745 – Jason Waterloo (Los Angeles) – Remains pending with ODAG since 05/23/18.

**Permanent IJ Appointment Orders Pending at EOIR:**

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department:**

WF 166040.4032415 – Zakia Mahasa (Baltimore) – Remains pending with OLC since 05/23/18;

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with ODAG since 05/22/18; and

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; received in DOJ Exec**.

Not a responsive record

Not a responsive record

Not a responsive record

**From:** Butler, Vicki A. (EOIR)
**Sent:** Thursday, May 24, 2018 7:52 PM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 05/24/18

**IJ Recommendation Pending at EOIR:**
(b)(6)

**ACIJ Temporary Appointment Order Pending at EOIR:**
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM.

**Temporary IJ Appointment Order Pending at EOIR:**
WF 166140 – Stuart Alcorn (Pearsall) – Pending in OD as of 5/24/18;

**WF 166160 – Audre R. Behne (Falls Church) – OD for concurrence and signature as of 5/24/18**;

(b)(6)

**WF 166181 – Grady A. Crooks (LaSalle) – OD for concurrence and signature as of 5/24/18;**

(b)(6)

WF 166341 – Sam Factor (New York) – Accepted offer on 05/21; pending in OD for drafting;

**WF 166220 – Emily N. Farrar-Crockett (Falls Church) – OD for concurrence and signature as of 5/24/18;**

**WF 166240 – Lorely Ramirez Fernandez (Otero) – OD for concurrence and signature as of 5/24/18;**

**WF 166261 – Laura C. Figueroa (San Francisco) – OD for concurrence and signature as of 5/24/18**;

WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM;

**WF 166300 – Steven B. Fuller (La Salle) – OD for concurrence and signature as of 5/24/18**;

(b)(6)

**WF 166262 – Carols R. Juelle (Los Angeles) – OD for concurrence and signature as of 5/24/18;**

(b)(6)

**WF 166263 – Brent H. Landis (LaSalle) – OD for concurrence and signature as of 5/24/18;**

WF 166349 – Patrick M. McKenna (Chicago) – Pending in OD for drafting;

WF – Dion Alexander Morwood (San Francisco) – Pending in OD for drafting;

**WF 166265 – Jonathan W. Owens (Chicago) – OD for concurrence and signature as of 5/24/18;**

**WF 166266 – Sebastian T. Patti (Los Angeles) – OD for concurrence and signature as of 5/24/18**;

WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OS for further processing with OARM;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OS for further processing with OARM;

WF – Shadee M. Star (San Francisco) – Pending in OD for drafting;

(b)(6)

**WF 166280 – Brock E. Taylor (Otero) – OD for concurrence and signature as of 5/24/18**;

WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM;

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM; and

**WF 166281 – Michael E. Walleisa (Miami) – OD for concurrence and signature as of 5/24/18.**

**Temporary IJ Appointment Order Pending at the Department:**
WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with
OAG since 05/17/18;
WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with
OAG since 05/17/18; and
**WF 165783.4037139 – Nathan L. Herbert (El Paso) – Received in DOJ Exec;**
**WF 165580.4037140 – Howard Hom (New York) – Received in DOJ Exec;**
WF 165784 – W. Scott Laragy (Oakdale) – Pending with OARM;
(b)(6)

WF 165542.4034762 – Michael McFarland (New York) – Remains pending with
OLC on 05/21/18;
WF 165785 – Angela Munson (La Salle) – Pending with OARM;
WF 165786.4034734 – Jeffery R. Nance (Stewart) – Remains pending with
ODAG since 05/23/18;
WF 165601.4034770 – Anita Simons (Los Angeles) – Remains pending with
OLC since 05/21/18;
WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Remains pending
with OLC since 05/21/18; and
WF 165545.4034745 – Jason Waterloo (Los Angeles) – Remains pending with
ODAG since 05/23/18.

**Permanent IJ Appointment Orders Pending at EOIR**:
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains
pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for
drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD
for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for
drafting in January 2019;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for
drafting in June 2018; and
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending
in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:
WF 166040.4032415 – Zakia Mahasa (Baltimore) – Remains pending with OLC
since 05/23/18;
WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with
ODAG since 05/22/18; and
**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8,**
**2018; received in DOJ Exec**.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 05/29/18 |
| **Date:** | Tuesday, May 29, 2018 1:14:05 PM |

### IJ Recommendation Pending at EOIR:

(b)(6)

### ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

### Temporary IJ Appointment Order Pending at EOIR:

WF 166140 – Stuart Alcorn (Pearsall) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166160 – Audre R. Behne (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166341 – Sam Factor (New York) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166240 – Lorely Ramirez Fernandez (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166261 – Laura C. Figueroa (San Francisco) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 165782 – Kathy French (Otero) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166262 – Carols R. Juelle (Los Angeles) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166263 – Brent H. Landis (LaSalle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166349 – Patrick M. McKenna (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166426 – Dion Alexander Morwood (San Francisco) – Accepted tentative offer on 05/21/18; pending in OD for drafting;
WF 166265 – Jonathan W. Owens (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166266 – Sebastian T. Patti (Los Angeles) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166420 – Shadee M. Star (San Francisco) – Accepted tentative offer on 05/21/18; pending in OD for drafting;

(b)(6) ████████████████████████████████████████████

WF 166280 – Brock E. Taylor (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 165800 – Cassie A. Thogersen (La Salle) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 166281 – Michael E. Walleisa (Miami) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**
WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;
WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18;
**WF 165783.4037139 – Nathan L. Herbert (El Paso) – Remains pending in OLC since 05/24/18;**
**WF 165580.4037140 – Howard Hom (New York) – Remains pending in OLC since 05/24/18;**
WF 165784 – W. Scott Laragy (Oakdale) – Remains pending with OARM;

(b)(6) █████████████████████████████████████

**WF 165542.4034762 – Michael McFarland (New York) – OLC submitted action memo to the AG dated 05/24/18, approving Order with respect to form and legality; remains pending with ODAG since 05/25/18;**
WF 165785 – Angela Munson (La Salle) – Remains pending with OARM;
**WF 165786.4034734 – Jeffery R. Nance (Stewart) – ODAG (Bolitho) initialed memo for the DAG on 05/24/18; remains pending with OAG since 05/25/18**;
WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OARM;
WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;
**WF 165601.4034770 – Anita Simons (Los Angeles) – OLC submitted action memo to the AG dated 05/24/18, approving Order with respect to form and legality; remains pending with ODAG since 05/25/18;**
**WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – ODAG (Bolitho) initialed memo for the DAG on 05/24/18; remains pending with OAG since 05/25/18**; and
WF 165545.4034745 – Jason Waterloo (Los Angeles) – Remains pending with ODAG since 05/23/18.

**Permanent IJ Appointment Orders Pending at EOIR**:
WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.


**Permanent IJ Appointment Orders Pending at the Department**:

**WF 166040.4032415 – Zakia Mahasa (Baltimore) – OARM initialed memo on 05/18/18; pending with OLC since 05/23/18**;

**WF 166041.4032392 – Nancy Miller (Los Angeles) – ODAG (Bolitho) initialed memo for the DAG on 05/24/18; pending with OAG since 05/24/18**; and

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; remains pending in OARM since 05/24/18**.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 05/30/18 |
| **Date:** | Wednesday, May 30, 2018 6:11:34 PM |

## IJ Recommendation Pending at EOIR:

**WF – Brandon L. Hart (Fort Worth) – Draft completed on 05/30/18;**

**WF 166441 – Alice Song Hartye (York) – JRMcH signed on 05/30/18; will be send to DOJ Exec;**

**WF – Todd A. Master (Boston) – Draft completed on 05/30/18;**

**WF 166460 - Abby L. Meyer (Omaha) – JRMcH signed on 05/30/18; will be send to DOJ Exec;**

(b)(6)

## ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and

WF 165802 – Sirce E. Owen (Atlanta) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

## Temporary IJ Appointment Order Pending at EOIR:

WF 166140 – Stuart Alcorn (Pearsall) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166160 – Audre R. Behne (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166341 – Sam Factor (New York) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166240 – Lorely Ramirez Fernandez (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166261 – Laura C. Figueroa (San Francisco) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166300 – Steven B. Fuller (La Salle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166262 – Carols R. Juelle (Los Angeles) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166263 – Brent H. Landis (LaSalle) – Pending in OS for further processing with OARM

after receipt and completion of HR/OS paperwork;

WF 166349 – Patrick M. McKenna (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

**WF 166426 – Dion Alexander Morwood (San Francisco) – JRMcH signed on 05/30/18; will be send to OS for further processing with OARM after receipt and completion of HR/OS paperwork;**

WF 166265 – Jonathan W. Owens (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166266 – Sebastian T. Patti (Los Angeles) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

**WF 166420 – Shadee M. Star (San Francisco) – JRMcH signed on 05/30/18; will be send to OS for further processing with OARM after receipt and completion of HR/OS paperwork;**

(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork; and

WF 166281 – Michael E. Walleisa (Miami) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork**.**

**Temporary IJ Appointment Order Pending at the Department:**

WF 165782 – Kathy French (Otero) – Remains pending with OARM;

WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;

WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18;

**WF 165783.4037139 – Nathan L. Herbert (El Paso) – ODAG (Bolitho) initialed memo for the DAG on 05/30/18; pending with OAG since 05/30/18;**

**WF 165580.4037140 – Howard Hom (New York) – ODAG (Bolitho) initialed memo for the DAG on 05/30/18; pending with OAG since 05/30/18;**

WF 165784 – W. Scott Laragy (Oakdale) – Remains pending with OARM;

(b)(6)

**WF 165542.4034762 – Michael McFarland (New York) – ODAG (Bolitho) initialed memo for the DAG on 05/29/18; pending with OAG since 05/30/18;**

WF 165785 – Angela Munson (LaSalle) – Remains pending with OARM;

WF 165786.4034734 – Jeffery R. Nance (Stewart) – Remains pending with OAG since 05/25/18;

WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OARM;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;

**WF 165601.4034770 – Anita Simons (Los Angeles) – ODAG (Bolitho) initialed memo for the DAG on 05/29/18; pending with OAG since 05/30/18;**

**WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – Received in DOJ Exec Sec on 05/30/18;**

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OARM;

WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Remains pending with OAG since 05/25/18; and

**WF 165545.4034745 – Jason Waterloo (Los Angeles) – ODAG (Bolitho) initialed memo for the DAG on 05/24/18; pending with OAG since 05/30/18.**

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 166040.4032415 – Zakia Mahasa (Baltimore) – ODAG (Bolitho) initialed memo for the DAG on 05/30/18; pending with OAG since 05/30/18;

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with OAG since 05/24/18; and

WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; remains pending in OARM since 05/24/18.

**From:**       Butler, Vicki A. (EOIR)
**To:**         McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR)
**Cc:**         Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR)
**Subject:**    Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring
                (Recommended/Temporary/Permanent Assignments) - as of 05/31/18
**Date:**       Thursday, May 31, 2018 6:32:50 PM

**IJ Recommendation Pending at EOIR:**
**WF 166520 – Brandon L. Hart (Fort Worth) – OD for review/concurrence/signature as of 05/31/18;**
**WF 166500 – Todd A. Master (Boston) – Draft completed on 05/30/18; awaiting clarification from OS regarding vetting results**; and
(b)(6)
████████████████████████████████████████████
████████████████████████ .

**IJ Recommendation Pending at the Department:**
**WF 166441.4040925 – Alice Song Hartye (York) – Received in DOJ Exec Sec on 05/31/18;** and
**WF 166460.4040929 - Abby L. Meyer (Omaha) – Received in DOJ Exec Sec on 05/31/18.**

**ACIJ Temporary Appointment Order Pending at EOIR:**
WF 165801 – John R. Doolittle II (Houston) – Pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at EOIR:**
WF 166140 – Stuart Alcorn (Pearsall) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166160 – Audre R. Behne (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)
████████████████████████████████████████████
WF 166181 – Grady A. Crooks (LaSalle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)
████████████████████████████████████████████
WF 166341 – Sam Factor (New York) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166240 – Lorely Ramirez Fernandez (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166261 – Laura C. Figueroa (San Francisco) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)
████████████████████████████████████████████
WF 166262 – Carols R. Juelle (Los Angeles) – Pending in OS for further processing with

OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166263 – Brent H. Landis (LaSalle) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166349 – Patrick M. McKenna (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166426 – Dion Alexander Morwood (San Francisco) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166265 – Jonathan W. Owens (Chicago) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166266 – Sebastian T. Patti (Los Angeles) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166420 – Shadee M. Star (San Francisco) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork; and

WF 166281 – Michael E. Walleisa (Miami) – Pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**

WF 165782.4040607 – Kathy French (Otero) – Received in DOJ Exec Sec on 05/31/18;

WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;

WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18;

WF 165783.4037139 – Nathan L. Herbert (El Paso) – Remains pending with OAG since 05/30/18;

WF 165580.4037140 – Howard Hom (New York) – Remains pending with OAG since 05/30/18;

WF 165784.4040588 – W. Scott Laragy (Oakdale) – Received in DOJ Exec Sec on 05/31/18;

(b)(6)

WF 165542.4034762 – Michael McFarland (New York) – Remains pending with OAG since 05/30/18;

WF 165785.4040562 – Angela Munson (LaSalle) – Received in DOJ Exec Sec on 05/31/18;

WF 165786.4034734 – Jeffery R. Nance (Stewart) – Remains pending with OAG since 05/25/18;

WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OARM;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;

WF 165601.4034770 – Anita Simons (Los Angeles) – Remains pending with OAG since 05/30/18;

WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – OARM concurred on 05/29/18;

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OARM;

WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Remains pending with OAG since 05/25/18; and

WF 165545.4034745 – Jason Waterloo (Los Angeles) – Remains pending with OAG since 05/30/18.

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 166040.4032415 – Zakia Mahasa (Baltimore) – Remains pending with OAG since 05/30/18;

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with OAG since 05/24/18; and

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; OARM initialed memo on 05/29/18; pending with OLC since 05/31/18.**

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 06/01/18 |
| **Date:** | Friday, June 01, 2018 5:28:51 PM |

## IJ Recommendation Pending at EOIR:
**WF 166520 – Brandon L. Hart (Fort Worth) – JRMcH signed on 06/01/18;**
**WF 166500 – Todd A. Masters (Boston) – JRMcH signed on 06/01/18;** and
(b)(6)

## IJ Recommendation Pending at the Department:
WF 166441.4040925 – Alice Song Hartye (York) – Received in DOJ Exec Sec on 05/31/18; and
WF 166460.4040929 - Abby L. Meyer (Omaha) – Received in DOJ Exec Sec on 05/31/18.

## ACIJ Temporary Appointment Order Pending at EOIR:
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Remain pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

## Temporary IJ Appointment Order Pending at EOIR:
WF 166140 – Stuart Alcorn (Pearsall) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166160 – Audre R. Behne (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)
;
WF 166341 – Sam Factor (New York) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166240 – Lorely Ramirez Fernandez (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166261 – Laura C. Figueroa (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)                                                                      ;
WF 166262 – Carols R. Juelle (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166263 – Brent H. Landis (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166349 – Patrick M. McKenna (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166426 – Dion Alexander Morwood (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166265 – Jonathan W. Owens (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166266 – Sebastian T. Patti (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166420 – Shadee M. Star (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork; and

WF 166281 – Michael E. Walleisa (Miami) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**

**WF 165782.4040607 – Kathy French (Otero) – OARM concurred on 05/23/18; pending with OLC since 06/01/18;**

WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – Remains pending with OAG since 05/17/18;

WF 165502.4025597 – Cynthia Gordon (New York) – Remains pending with OAG since 05/17/18;

WF 165783.4037139 – Nathan L. Herbert (El Paso) – Remains pending with OAG since 05/30/18;

WF 165580.4037140 – Howard Hom (New York) – Remains pending with OAG since 05/30/18;

**WF 165784.4040588 – W. Scott Laragy (Oakdale) – OARM concurred on 05/29/18;**

(b)(6)

WF 165542.4034762 – Michael McFarland (New York) – Remains pending with OAG since 05/30/18;

**WF 165785.4040562 – Angela Munson (LaSalle) – OARM concurred on 05/29/18;**

WF 165786.4034734 – Jeffery R. Nance (Stewart) – Remains pending with OAG since 05/25/18;

WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OARM;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;

WF 165601.4034770 – Anita Simons (Los Angeles) – Remains pending with OAG since 05/30/18;

**WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – OARM concurred on 05/29/18; pending with OLC since 06/01/18;**

WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OARM;

WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – Remains pending with OAG since 05/25/18; and

WF 165545.4034745 – Jason Waterloo (Los Angeles) – Remains pending with OAG since 05/30/18.

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:

WF 166040.4032415 – Zakia Mahasa (Baltimore) – Remains pending with OAG since 05/30/18;

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with OAG since 05/24/18; and

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; OLC submitted action memo to the AG dated 06/01/18, approving Order with respect to form and legality**.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 06/05/18 |
| **Date:** | Tuesday, June 05, 2018 1:18:10 PM |

## IJ Recommendation Pending at EOIR:

WF 166620 - Charles Neil Floyd (Tacoma) – Pending in OD for drafting;

WF 166622 – Leon James Francis (Los Angeles) – Pending in OD for drafting;

**WF 166623 – Joseph T. Leonard (Forth Worth) – Draft completed on 06/04/18;**

**WF 166625 – Hugo R. Martinez (Fort Worth) – Draft completed on 06/05/18;**

(b)(6) ████████████████████████████████████████

WF 166626 – Brian T. Palmer (New York) – Pending in OD for drafting;

**WF 166628 – Arya S. Ranasinghe (Newark) – Draft completed on 06/05/18;** and

(b)(6) ████████████████████████

## IJ Recommendation Pending at the Department:

**WF 166520.4040925 – Brandon L. Hart (Fort Worth) – Remains pending in ODAG since 06/04/18;**

**WF 166441.4040925 – Alice Song Hartye (York) – Remains pending in ODAG since 06/04/18; and**

**WF 166500 – Todd A. Masters (Boston) – Delivered to DOJ Exec Sec on 06/04/18;** and

**WF 166460.4040929 - Abby L. Meyer (Omaha) – Remains pending in ODAG since 06/04/18.**

## ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and

WF 165802 – Sirce E. Owen (Atlanta) – Remain pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

## Temporary IJ Appointment Order Pending at EOIR:

WF 166140 – Stuart Alcorn (Pearsall) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166160 – Audre R. Behne (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6) ████████████████████████████████████████

WF 166181 – Grady A. Crooks (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6) ████████████████████████████████████████

WF 166341 – Sam Factor (New York) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166240 – Lorely Ramirez Fernandez (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166261 – Laura C. Figueroa (San Francisco) – Remains pending in OS for further

processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166262 – Carols R. Juelle (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166263 – Brent H. Landis (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166349 – Patrick M. McKenna (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166426 – Dion Alexander Morwood (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166265 – Jonathan W. Owens (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166266 – Sebastian T. Patti (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166420 – Shadee M. Star (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 166281 – Michael E. Walleisa (Miami) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**
**WF 165782.4040607 – Kathy French (Otero) – Remains pending with OLC since 06/01/18;**
**WF 165581.4025616 – Daniel B. Gilbert (Harlingen) – AG approved/signed on 06/01/18;**
**WF 165502.4025597 – Cynthia Gordon (New York) – AG approved/signed on 06/01/18;**
**WF 165783.4037139 – Nathan L. Herbert (El Paso) – AG approved/signed on 06/01/18;**
**WF 165580.4037140 – Howard Hom (New York) – AG approved/signed on 06/01/18;**
**WF 165784.4040588 – W. Scott Laragy (Oakdale) – Remains pending in OLC since 06/04/18;**

(b)(6)

**WF 165542.4034762 – Michael McFarland (New York) – AG approved/signed on 06/01/18;**
**WF 165785.4040562 – Angela Munson (LaSalle) – Remains pending in OLC since 06/04/18;**
**WF 165786.4034734 – Jeffery R. Nance (Stewart) – AG approved/signed on 06/01/18;**
WF 166081 – Anne K. Perry (Los Angeles) – Remains pending with OARM;
WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;
**WF 165601.4034770 – Anita Simons (Los Angeles) – AG approved/signed on 06/01/18;**
**WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – Remains pending with OLC since 06/01/18;**
WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OARM;

**WF 165544.4034754 – George J. Ward, Jr. (Falls Church) – AG approved/signed on 06/01/18**; and

**WF 165545.4034745 – Jason Waterloo (Los Angeles) – AG approved/signed on 06/01/18**.

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:

**WF 166040.4032415 – Zakia Mahasa (Baltimore) – AG approved/signed on 06/01/18**;

WF 166041.4032392 – Nancy Miller (Los Angeles) – Remains pending with OAG since 05/24/18; and

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; remains pending in ODAG since 06/04/18**.

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 06/06/18 |
| **Date:** | Wednesday, June 06, 2018 7:34:04 PM |

## IJ Recommendation Pending at EOIR:

**WF 166682 – Janette L. Allen (Los Angeles) – OD for review/signature on 06/06/18;**
**WF – Eric C. Bales (Fort Worth) – Draft completed on 06/06/18;**
**WF 166722 – Julian Castaneda (Eloy) – OD for review/signature on 06/06/18;**
WF – Hye Y. Chon (Los Angeles) – Pending in OD for drafting;
(b)(6)

WF 166620 - Charles Neil Floyd (Tacoma) – Pending in OD for drafting;
**WF 166622 – Leon James Francis (Los Angeles) – Draft completed on 06/06/18;**
**WF 166681 – Marni Guerrero (Los Angeles) – OD for review/signature on 06/06/18;**
WF – Monica Thompson Guidry (Fort Worth) – Pending in OD for drafting;
WF – Richard C. Jacobs (Fort Worth) – Pending in OD for drafting;
**WF 166623 – Joseph T. Leonard (Forth Worth) – OS for review/concurrence on 06/05/18;**
(b)(6)
**WF 166625 – Hugo R. Martinez (Fort Worth) – OS for review/concurrence on 06/05/18;**
WF – Nicholas A. Martz (Los Angeles) – Pending in OD for drafting;
WF – Jennifer A. May (Fort Worth) – Pending in OD for drafting;
WF – Paul A. McCloskey (Arlington) – Pending in OD for drafting;
**WF 166720 – Jeffrey Scott Miller (Los Angeles) – OD for review/signature on 06/06/18;**
(b)(6)
WF 166626 – Brian T. Palmer (New York) – Pending in OD for drafting;
**WF 166628 – Arya S. Ranasinghe (Newark) – OS for review/concurrence on 06/05/18;**
and
**WF 166721 – Oshea Denise Spencer (New York) – OD for review/signature on 06/06/18;**
WF – Cynthia Shephard Torg (Arlington) – Pending in OD for drafting; and
(b)(6)

## IJ Recommendation Pending at the Department:

**WF 166520.4043050 – Brandon L. Hart (Fort Worth) – Pending with ODAG since 06/06/18;**
WF 166441.4040925 – Alice Song Hartye (York) – Remains pending in ODAG since 06/04/18;
**WF 166500.4043054 – Todd A. Masters (Boston) – Pending with ODAG since 06/06/18;**
and
WF 166460.4040929 - Abby L. Meyer (Omaha) – Remains pending in ODAG since 06/04/18.

## ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Remain pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at EOIR:**

WF 166140 – Stuart Alcorn (Pearsall) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166160 – Audre R. Behne (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166341 – Sam Factor (New York) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166240 – Lorely Ramirez Fernandez (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166261 – Laura C. Figueroa (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166300 – Steven B. Fuller (La Salle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)
;

WF 166262 – Carols R. Juelle (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166263 – Brent H. Landis (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166349 – Patrick M. McKenna (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166426 – Dion Alexander Morwood (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166265 – Jonathan W. Owens (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166266 – Sebastian T. Patti (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

WF 166420 – Shadee M. Star (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;

(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**

WF 165782.4040607 – Kathy French (Otero) – Remains pending with OLC since 06/01/18;

(b)(6)
;

WF 165784.4040588 – W. Scott Laragy (Oakdale) – Remains pending in OLC since 06/04/18;

(b)(6)

WF 165785.4040562 – Angela Munson (LaSalle) – Remains pending in OLC since 06/04/18;

WF 166081.4042842 – Anne K. Perry (Los Angeles) – Remains pending with OLC since 06/05/18;

WF 166080 – Kaarina Salovaara (Chicago) – Remains pending with OARM;

WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – Remains pending with OLC since 06/01/18;

**WF 165980 – Nelson A. Vargas-Padilla (Ulster) – OARM concurred on 06/04/18; pending with OLC since 06/06/18;** and

**WF 166281.4043830 – Michael E. Walleisa (Miami) – Received in DOJ Exec Sec on 06/06/18.**

**Permanent IJ Appointment Orders Pending at EOIR**:

WF 163442 – Olga El-Bogdadi Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;

WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;

WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;

WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;

WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;

WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and

WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:

**WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; ODAG (Bolitho) initialed memo for the DAG on 06/04/15; pending in OAG since 06/05/18.**

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehy, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 06/07/18 |
| **Date:** | Thursday, June 07, 2018 7:34:29 PM |

## IJ Recommendation Pending at EOIR:

**WF 166682 – Janette L. Allen (Los Angeles) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

WF 166780 – Eric C. Bales (Fort Worth) – Draft completed on 06/06/18;

**WF 166722 – Julian Castaneda (Eloy) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

WF – Hye Y. Chon (Los Angeles) – Pending in OD for drafting;

(b)(6)

WF 166620 - Charles Neil Floyd (Tacoma) – Pending in OD for drafting;

WF 166622 – Leon James Francis (Los Angeles) – Draft completed on 06/06/18;

**WF 166681 – Marni Guerrero (Los Angeles) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

WF – Monica Thompson Guidry (Fort Worth) – Pending in OD for drafting;

**WF 166840 – Richard C. Jacobs (Fort Worth) – Draft completed on 06/07/18; vetting pending in OS;**

**WF 166623 – Joseph T. Leonard (Forth Worth) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

(b)(6)

**WF 166625 – Hugo R. Martinez (Fort Worth) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

WF – Nicholas A. Martz (Los Angeles) – Pending in OD for drafting;

**WF 166820 – Jennifer A. May (Fort Worth) – Draft completed on 06/07/18;**

WF – Paul A. McCloskey (Arlington) – Pending in OD for drafting;

**WF 166720 – Jeffrey Scott Miller (Los Angeles) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

(b)(6)

WF 166626 – Brian T. Palmer (New York) – Pending in OD for drafting;

**WF 166628 – Arya S. Ranasinghe (Newark) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18; and**

**WF 166721 – Oshea Denise Spencer (New York) – JRMcH signed on 06/07/18; will be delivered to DOJ Exec Sec on 06/08/18;**

WF – Cynthia Shephard Torg (Arlington) – Pending in OD for drafting; and

(b)(6)

## IJ Recommendation Pending at the Department:

WF 166520.4043050 – Brandon L. Hart (Fort Worth) – Pending with ODAG since 06/06/18;

**WF 166441.4040925 – Alice Song Hartye (York) – AG signed and approved on 06/07/18;**

WF 166500.4043054 – Todd A. Masters (Boston) – Pending with ODAG since 06/06/18; and

**WF 166460.4040929 - Abby L. Meyer (Omaha) – AG signed and approved on 06/07/18.**

## ACIJ Temporary Appointment Order Pending at EOIR:

WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Remain pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at EOIR:**
WF 166140 – Stuart Alcorn (Pearsall) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166160 – Audre R. Behne (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166341 – Sam Factor (New York) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166240 – Lorely Ramirez Fernandez (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166261 – Laura C. Figueroa (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166262 – Carols R. Juelle (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166263 – Brent H. Landis (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166349 – Patrick M. McKenna (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166426 – Dion Alexander Morwood (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166265 – Jonathan W. Owens (Cleveland) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166266 – Sebastian T. Patti (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166420 – Shadee M. Star (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166280 – Brock E. Taylor (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at the Department:**
WF 165782.4040607 – Kathy French (Otero) – Remains pending with OLC since 06/01/18;
(b)(6)

WF 165784.4040588 – W. Scott Laragy (Oakdale) – Remains pending in OLC since 06/04/18;
(b)(6)

**WF 165785.4040562 – Angela Munson (LaSalle) – OLC submitted memo to the AG dated 06/06/18 approving with respect to form and legality; pending with ODAG since 06/07/18;**
WF 166081.4042842 – Anne K. Perry (Los Angeles) – Remains pending with OLC since 06/05/18;
**WF 166080.4042880 – Kaarina Salovaara (Chicago) – OARM concurred on 06/04/18;**
WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – Remains pending with OLC since 06/01/18;
WF 165980 – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OLC since 06/06/18; and
**WF 166281.4043830 – Michael E. Walleisa (Miami) – OARM concurred on 06/05/18; pending with OLC since 06/07/18.**

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Baghdadis Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department:**
WF 165981.4036925 – Vance H. Spath (Arlington) - Expected EOD in July 8, 2018; Remains pending in OAG since 06/05/18.

| From: | Caldwell, Rhonda (EOIR) |
|---|---|
| To: | McHenry, James (EOIR); Reilly, Katherine (EOIR); Santoro, Christopher A (EOIR); Sheehey, Kate (EOIR); Keller, Mary Beth (EOIR); Maggard, Print (EOIR); Cheng, Mary (EOIR); Murry, Anthony (EOIR); McDaniel, James P. (EOIR); Ward, Lisa (EOIR); Sheehey, Kate (EOIR) |
| Cc: | Butler, Vicki A. (EOIR); Moutinho, Deborah (EOIR); Taylor, Charlotte (EOIR); Brown, George (EOIR); Ortiz-Ang, Susana (EOIR); Lee-Sullivan, Marcia L. (EOIR); Yaseen, Rabbia (EOIR); Barbee, Judy (EOIR); Roldan, Martin (EOIR); Giles, Naomi (EOIR); Pryor, Holly (EOIR); Himsey, Vanessa (EOIR); Coleman, Briana (EOIR) |
| Subject: | AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18 |
| Date: | Monday, June 11, 2018 9:11:23 AM |
| Attachments: | 165981.4036925 (AG signed and approved Permanent Appooint Order for an Immigration Judge dated 06.06.18.VHSpath).pdf |

AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position (dated 06/06/18):

WF 165981.4036925 – Vance H. Spath (Arlington).


Please see the attached pdf copy of the signed/approved Permanent Appointment Order.  Also, a copy will be available to ADMIN and OCIJ via the IQ4 database.  Please pass this information on to any of your staff you deem appropriate.


Thanks, RC


R. Caldwell

Executive Secretariat

Executive Office for Immigration Review, USDOJ

Administrative Resource Center (ARC)

5107 Leesburg Pike, Suite 1800

Falls Church, VA  22554

Direct – (703) 605-0590



# Office of the Attorney General
## Washington, D.C. 20530

ORDER NO. 4188−2018

APPOINTING VANCE H. SPATH AS AN IMMIGRATION JUDGE

By the authority vested in me as the Attorney General by 8 U.S.C. § 1103(g)(1), I hereby

appoint Vance H. Spath as an Immigration Judge, defined in 8 U.S.C. § 1101(b)(4).

This order shall be effective on the first day of the pay period in which the oath of office is

taken.

_____
Date     6/6/18

_____
Jefferson B. Sessions III
Attorney General

4036925.RN2

**U.S. Department of Justice**

Executive Office for Immigration Review

*Office of the Director*

_____

Director

*5107 Leesburg Pike, Suite 2600*
*Falls Church, Virginia 22041*

May 18, 2018

MEMORANDUM FOR THE ATTORNEY GENERAL

THROUGH:            THE DEPUTY ATTORNEY GENERAL  ZB for
                                                         PJR
                                                         6.4.18

FROM:               James R. McHenry III   KHR for JRM
                    Director

SUBJECT:            Permanent Appointment of Vance H. Spath as an Immigration
                    Judge in the Arlington Immigration Court

PURPOSE:            To refer to the Attorney General for his consideration the paperwork
                    to permanently appoint Vance H. Spath as an immigration judge.

TIMETABLE:          At the Attorney General's earliest convenience.

DISCUSSION:         On September 23, 2016, then Attorney General Loretta E. Lynch
                    tentatively selected Vance H. Spath to serve as an immigration judge.
                    On March 20, 2017, Attorney General Session signed an order
                    temporarily appointing Mr. Spath as an immigration judge position,
                    not to exceed 14 months, pending a background investigation.[1]  Mr.
                    Spath's background investigation has now been completed and
                    adjudicated, and there is no derogatory information that would
                    preclude him from being permanently appointed to this position.

_____

1 The signed/approved Temporary Appointment memo/order (*see* WF 3796084) stated, By the authority vested in me as the Attorney General by 8 U.S.C. § 1103(g)(1), I hereby appoint Vance H. Spath as an Immigration Judge, defined in 8 U.S.C. § 1101(b)(4), for a period not to exceed 14 months.   This order shall be effective on the first day of the pay period in which the oath of office is taken.   Subsequent to that memo, however, Mr. Spath did not enter on duty due to a lengthy military commitment to which he was assigned while waiting for his Executive Office for Immigration Review paperwork.   The military commitment will be complete this month and, now that the background investigation is complete, we recommend Mr. Spath enter on duty with a permanent appointment.

Memorandum for the Attorney General                                      Page 2
Subject:   Permanent Appointment of Vance H. Spath as an Immigration Judge

Mr. Spath is an excellent candidate for an immigration judge position. Mr. Spath has significant experience presiding over trials, and is, to quote one of his interviewers, "a seasoned advocate in complex areas of law" and a "seasoned judge who has a plethora of judicial experience." Although Mr. Spath does not have significant immigration experience, he has presided over cases involving many complex issues, including areas of international law and procedure, highly sensitive and emotional issues such as proceedings involving sexual assault or violent crimes, as well as complex Fourth and Fifth Amendment Constitutional cases.

Mr. Spath is a chief trial judge with the United States Air Force, Joint Base Andrews, Maryland. Mr. Spath has served in this position since April 2014. While chief trial judge, Mr. Spath was responsible for the operation of the Air Force Trial Judiciary, including its 26 trial judges. He served as the Air Force's senior jurist for tribunals and criminal trials worldwide, and was vested with independent authority to issue final, binding decisions on criminal, evidentiary, and procedural issues. Mr. Spath managed an annual criminal court docket of more than 500 federal criminal trials, and presided over more than 30 felony federal criminal trials each year, to include capital litigation.

Prior to serving as the chief trial judge, Mr. Spath served as director of training and readiness from July 2013 to April 2014, and from July 2012 to July 2013, he served as staff judge advocate. Mr. Spath has served in the United States Air Force since 1993 and has held a variety of other positions. He served as a chief regional military judge in the Pacific Judicial Region, Kadena Air Base, Japan, from July 2010 to July 2012, a regional military judge in the Western Judicial Region, Travis Air Force Base, California, from July 2009 to July 2010, a staff judge advocate, F.E. Warren Air Force Base, Wyoming, from July 2006 to July 2009, a chief circuit trial counsel in the Eastern Judicial Region, Bolling Air Force Base, Washington, D.C. from July 2004 to July 2006, a deputy staff judge advocate and prosecutor, Shriever Air Force Base, Colorado, from July 2001 to July 2004, a contract trial attorney, Wright-Patterson Air Force Base, Ohio, from July 1998 to July 2000, a circuit trial counsel/prosecutor, in the Central Judicial Region, Randolph Air Force Base, Texas, from July 1995 to July 1998, and an area defense counsel, Ramstein Air Force Base, Germany, from April 1994 to July 1995.

Memorandum for the Attorney General                                    Page 3
Subject:   Permanent Appointment of Vance H. Spath as an Immigration Judge

Mr. Spath holds a Bachelor of Arts degree from Virginia Wesleyan College, Norfolk, Virginia, and a J.D. from Quinnipiac University, Hamden, Connecticut.

Until one year from the date of his entry on duty.   Mr. Spath will be subject to removal from his newly-appointed position, without regard to many of the procedural requirements and appeal procedures specified in 5 U.S.C. Chapters 43 and 75 and 5 C.F.R. Parts 432 and 752, if he has performance problems or engages in misconduct.

Mr. Spath's selection for this immigration judge position was made in accordance with the immigration judge hiring procedures approved on April 2, 2007.

An Attorney General Order, permanently appointing Mr. Vance H. Spath as an immigration judge, is attached hereto for signature.

RECOMMENDATION:    That the Attorney General sign the attached order.

APPROVE: _____          Concurring components:

Date: June 6, 2018          OLC _____

OARM _____

DISAPPROVE: _____          Nonconcurring components:

None

OTHER: _____

Attachment

| | |
|---|---|
| **From:** | Butler, Vicki A. (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Sheehey, Kate (EOIR) |
| **Cc:** | Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| **Subject:** | Updated Information is Bolded/Hi-lighted (Yellow is movement and Red is signed/approved) regarding IJ Hiring (Recommended/Temporary/Permanent Assignments) - as of 06/11/18 |
| **Date:** | Monday, June 11, 2018 6:08:39 PM |

## IJ Recommendation Pending at EOIR:

**WF 166780 – Eric C. Bales (Fort Worth) – OS for review/concurrence on 06/11/18;**
WF 166900 – Hye Y. Chon (Los Angeles) – Draft completed on 06/08/18;
(b)(6)

WF 166620 - Charles Neil Floyd (Tacoma) – Pending in OD for drafting;
**WF 166622 – Leon James Francis (Los Angeles) – OS for review/concurrence on 06/11/18;**
**WF 166901 – Monica Thompson Guidry (Fort Worth) – OS for review/concurrence on 06/11/18;**
**WF 166840 – Richard C. Jacobs (Fort Worth) – Draft completed on 06/07/18; received vetting results on 06/11/18;**
(b)(6)
**WF 166903 – Nicholas A. Martz (Los Angeles) – OS for review/concurrence on 06/11/18;**
**WF 166820 – Jennifer A. May (Fort Worth) – OS for review/concurrence on 06/11/18;**
WF 166626 – Paul A. McCloskey (Arlington) – Draft completed on 06/08/18;
(b)(6)
**WF 166902 – Brian T. Palmer (New York) – OS for review/concurrence on 06/11/18;**
**WF 166904 – Cynthia Shepherd Torg (Arlington) – OS for review/concurrence on 06/11/18; and**
(b)(6)


## IJ Recommendation Pending at the Department:
**WF 166682.4046098 – Janette L. Allen (Los Angeles) – Received in DOJ Exec Sec on 06/08/18;**
**WF 166722.4046089 – Julian Castaneda (Eloy) – Pending in ODAG since 06/11/18;**
(b)(6)

**WF 166681.4045987 – Marni Guerrero (Los Angeles) – Pending in ODAG since 06/11/18;**
**WF 166520.4043050 – Brandon L. Hart (Fort Worth) – ODAG (Bolitho) initialed memo for the DAG on 06/07/18; pending with OAG since 06/08/18;**
**WF 166623.4045980 – Joseph T. Leonard (Forth Worth) – Received in DOJ Exec Sec on 06/08/18;**
**WF 166625.4046116 – Hugo R. Martinez (Fort Worth) – Pending in ODAG since 06/11/18;**
**WF 166500.4043054 – Todd A. Masters (Boston) – ODAG (Bolitho) initialed memo for the DAG on 06/07/18; pending with OAG since 06/08/18;**
**WF 166720.4045977 – Jeffrey Scott Miller (Los Angeles) – Pending in ODAG since 06/11/18;**
**WF 166628.4045972 – Arya S. Ranasinghe (Newark) – Received in DOJ Exec Sec on 06/08/18; and**
**WF 166721.4045867 – Oshea Denise Spencer (New York) – Pending in OAG since**

==06/11/18==;

**ACIJ Temporary Appointment Order Pending at EOIR:**
WF 165801 – John R. Doolittle II (Houston) – Remains pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork; and
WF 165802 – Sirce E. Owen (Atlanta) – Remain pending with OS for further processing with OARM after receipt and completion of HR/OS paperwork.

**Temporary IJ Appointment Order Pending at EOIR:**
WF 166140 – Stuart Alcorn (Pearsall) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166160 – Audre R. Behne (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166181 – Grady A. Crooks (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

WF 166341 – Sam Factor (New York) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166220 – Emily N. Farrar-Crockett (Falls Church) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166240 – Lorely Ramirez Fernandez (Otero) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166261 – Laura C. Figueroa (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166300 – Steven B. Fuller (La Salle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF – Alice Song Hartye (New York) – Pending in OD for drafting;
(b)(6)
;
WF 166262 – Carols R. Juelle (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166263 – Brent H. Landis (LaSalle) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF – Abby L. Meyer (Omaha) – Pending in OD for drafting;
WF 166349 – Patrick M. McKenna (Chicago) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166426 – Dion Alexander Morwood (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166265 – Jonathan W. Owens (Cleveland) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166266 – Sebastian T. Patti (Los Angeles) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
WF 166420 – Shadee M. Star (San Francisco) – Remains pending in OS for further processing with OARM after receipt and completion of HR/OS paperwork;
(b)(6)

**Temporary IJ Appointment Order Pending at the Department:**

**WF 165782.4040607 – Kathy French (Otero) – ODAG (Bolitho) initialed for DAG on** (b)(6)

**WF 165784.4040588 – W. Scott Laragy (Oakdale) – ODAG (Bolitho) initialed for DAG on 06/07/18; pending with OAG since 06/11/18;** (b)(6)

**WF 165785.4040562 – Angela Munson (LaSalle) – ODAG (Bolitho) initialed memo for the DAG on 06/07/18; pending with OAG since 06/11/18;**
**WF 166081.4042842 – Anne K. Perry (Los Angeles) – OLC submitted memo to the AG dated 06/07/18 approving with respect to form and legality; remains pending with ODAG since 06/08/18;**
**WF 166080.4042880 – Kaarina Salovaara (Chicago) – ODAG (Bolitho) initialed memo for the DAG on 06/07/18; remains pending with OAG since 06/08/11;**
**WF 166280.4045862 – Brock E. Taylor (Otero) – Received in DOJ Exec Sec on 06/08/18.**
**WF 165800.4040242 – Cassie A. Thogersen (LaSalle) – ODAG (Bolitho) initialed memo for the DAG on 06/11/18; pending with OAG since 06/11/18;**
WF 165980.**4042810** – Nelson A. Vargas-Padilla (Ulster) – Remains pending with OLC since 06/06/18; and
**WF 166281.4043830 – Michael E. Walleisa (Miami) – OLC submitted memo to the AG dated 06/08/18 approving Order with respect to form and legality; pending in ODAG since 06/11/18.**

**Permanent IJ Appointment Orders Pending at EOIR:**
WF 163442 – Olga El-Baghdadis Attia (Otay Mesa) - NTE 07/27/18; remains pending in OD for drafting in May 2018;
WF – Raphael Choi (Arlington) - NTE 07/31/19; remains pending in OD for drafting in May 2019;
WF – Yvonne Gonzalez (San Antonio) - NTE 11/16/18; remains pending in OD for drafting in September 2018;
WF – Mindy Hoeppner (Portland) - NTE 03/20/19 – remains pending in OD for drafting in January 2019;
WF – Jacqueline J. Jackson (San Francisco) – remains pending in OD for drafting;
WF – James McCarthy (New York) - NTE 08/24/18; remains pending in OD for drafting in June 2018; and
WF 163980 – Patrick O'Brien (San Francisco) - NTE 09/22/18; remains pending in OD for drafting in July 2018.

**Permanent IJ Appointment Orders Pending at the Department**:
**WF 165981.4036925 – Vance H. Spath (Arlington) - AG signed and approved on 06/06/18**.

| From: | Himsey, Vanessa (EOIR) |
|---|---|
| To: | Lee-Sullivan, Marcia L. (EOIR); Caldwell, Rhonda (EOIR); McHenry, James (EOIR); Reilly, Katherine (EOIR); Santoro, Christopher A (EOIR); Sheehey, Kate (EOIR); Keller, Mary Beth (EOIR); Maggard, Print (EOIR); Cheng, Mary (EOIR); Murry, Anthony (EOIR); McDaniel, James P. (EOIR); Ward, Lisa (EOIR); Sheehey, Kate (EOIR) |
| Cc: | Butler, Vicki A. (EOIR); Moutinho, Deborah (EOIR); Taylor, Charlotte (EOIR); Brown, George (EOIR); Ortiz-Ang, Susana (EOIR); Yaseen, Rabbia (EOIR); Barbee, Judy (EOIR); Roldan, Martin (EOIR); Giles, Naomi (EOIR); Pryor, Holly (EOIR); Coleman, Briana (EOIR) |
| Subject: | RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18 |
| Date: | Thursday, June 14, 2018 1:48:39 PM |

Great. Thank you.

**Vanessa H. Himsey**
Security Specialist
Executive Office for Immigration Review
Office of Security
Ph: 703-305-1258
Fax: 703-605-0762
Vanessa.himsey@usdoj.gov



**From:** Lee-Sullivan, Marcia L. (EOIR)
**Sent:** Thursday, June 14, 2018 1:23 PM
**To:** Himsey, Vanessa (EOIR) <Vanessa.Himsey@EOIR.USDOJ.GOV>; Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Santoro, Christopher A (EOIR) <Christopher.Santoro@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>; Maggard, Print (EOIR) <Print.Maggard@EOIR.USDOJ.GOV>; Cheng, Mary (EOIR) <Mary.Cheng@EOIR.USDOJ.GOV>; Murry, Anthony (EOIR) <Anthony.Murry@EOIR.USDOJ.GOV>; McDaniel, James P. (EOIR) <James.McDaniel@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>; Taylor, Charlotte (EOIR) <Charlotte.Taylor@EOIR.USDOJ.GOV>; Brown, George (EOIR) <George.Brown@EOIR.USDOJ.GOV>; Ortiz-Ang, Susana (EOIR) <Susana.Ortiz-Ang@EOIR.USDOJ.GOV>; Yaseen, Rabbia (EOIR) <Rabbia.Yaseen@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Roldan, Martin (EOIR) <Martin.Roldan@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Coleman, Briana (EOIR) <Briana.Coleman@EOIR.USDOJ.GOV>
**Subject:** RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18

Hi Vanessa,

| From: | Butler, Vicki A. (EOIR) |
|---|---|
| To: | Himsey, Vanessa (EOIR) |
| Cc: | Sheehey, Kate (EOIR); Reilly, Katherine (EOIR); Barbee, Judy (EOIR); Caldwell, Rhonda (EOIR); Moutinho, Deborah (EOIR) |
| Subject: | RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18 |
| Date: | Thursday, June 14, 2018 12:28:20 PM |
| Attachments: | 165981.4036925 (AG signed and approved Permanent Appooint Order for an I....pdf |

Per our conversation, please see page 3.

---

**From:** Himsey, Vanessa (EOIR)
**Sent:** Thursday, June 14, 2018 12:24 PM
**To:** Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>
**Cc:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18

Hi Vicki,

Sorry,  I was on the phone with Mr. Spath.  I will give you a call.  I'm not sure where that date came from.  I have been dealing with OARM since we were told Mr. Spath was
ready to EOD and OARM said they needed the documents before he could EOD since it's been over a year since the last documents were provided and he never EOD.

Thanks.

**Vanessa H. Himsey**
Security Specialist
Executive Office for Immigration Review
Office of Security
Ph: 703-305-1258
Fax: 703-605-0762
Vanessa.himsey@usdoj.gov



---

**From:** Butler, Vicki A. (EOIR)
**Sent:** Thursday, June 14, 2018 12:19 PM
**To:** Himsey, Vanessa (EOIR) <Vanessa.Himsey@EOIR.USDOJ.GOV>
**Cc:** Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>;

Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR)
<Deborah.Moutinho@EOIR.USDOJ.GOV>
**Subject:** RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration
Judge position dated 06/06/18

Vanessa:

I just tried to call you.  FYI -- Mr. Spath's Permanent Appointment order indicates it was approved by
OARM on 05/29/18.

---

**From:** Himsey, Vanessa (EOIR)
**Sent:** Thursday, June 14, 2018 12:10 PM
**To:** Caldwell, Rhonda (EOIR) <Rhonda.Caldwell@EOIR.USDOJ.GOV>; McHenry, James (EOIR)
<James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>;
Santoro, Christopher A (EOIR) <Christopher.Santoro@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR)
<Kate.Sheehey@EOIR.USDOJ.GOV>; Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>;
Maggard, Print (EOIR) <Print.Maggard@EOIR.USDOJ.GOV>; Cheng, Mary (EOIR)
<Mary.Cheng@EOIR.USDOJ.GOV>; Murry, Anthony (EOIR) <Anthony.Murry@EOIR.USDOJ.GOV>;
McDaniel, James P. (EOIR) <James.McDaniel@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR)
<Lisa.Ward@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>
**Cc:** Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR)
<Deborah.Moutinho@EOIR.USDOJ.GOV>; Taylor, Charlotte (EOIR)
<Charlotte.Taylor@EOIR.USDOJ.GOV>; Brown, George (EOIR) <George.Brown@EOIR.USDOJ.GOV>;
Ortiz-Ang, Susana (EOIR) <Susana.Ortiz-Ang@EOIR.USDOJ.GOV>; Lee-Sullivan, Marcia L. (EOIR)
<Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Yaseen, Rabbia (EOIR)
<Rabbia.Yaseen@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Roldan,
Martin (EOIR) <Martin.Roldan@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR)
<Naomi.Giles@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Coleman,
Briana (EOIR) <Briana.Coleman@EOIR.USDOJ.GOV>
**Subject:** RE: AG signed and approved 1 Permanent Appointment Order regarding an Immigration
Judge position dated 06/06/18

Good afternoon All,

Duplicate

| From: | Sheehey, Kate (EOIR) |
|---|---|
| To: | Himsey, Vanessa (EOIR) |
| Cc: | Caldwell, Rhonda (EOIR); McHenry, James (EOIR); Reilly, Katherine (EOIR); Santoro, Christopher A (EOIR); Keller, Mary Beth (EOIR); Maggard, Print (EOIR); Cheng, Mary (EOIR); Murry, Anthony (EOIR); McDaniel, James P. (EOIR); Ward, Lisa (EOIR); Butler, Vicki A. (EOIR); Moutinho, Deborah (EOIR); Taylor, Charlotte (EOIR); Brown, George (EOIR); Ortiz-Ang, Susana (EOIR); Lee-Sullivan, Marcia L. (EOIR); Yaseen, Rabbia (EOIR); Barbee, Judy (EOIR); Roldan, Martin (EOIR); Giles, Naomi (EOIR); Pryor, Holly (EOIR); Coleman, Briana (EOIR) |
| Subject: | Re: AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18 |
| Date: | Thursday, June 14, 2018 12:14:35 PM |

Mr. Spath has recently received some updates military orders and it sounds likely that he won't be able to EOD until September, so we do have some time to address this.

On Jun 14, 2018, at 11:10 AM, Himsey, Vanessa (EOIR) <Vanessa.Himsey@EOIR.USDOJ.GOV> wrote:

Good afternoon All,



Thank you.

**Vanessa H. Himsey**
Security Specialist
Executive Office for Immigration Review
Office of Security
Ph: 703-305-1258
Fax: 703-605-0762
Vanessa.himsey@usdoj.gov

<image001.jpg>

**From:** Caldwell, Rhonda (EOIR)
**Sent:** Monday, June 11, 2018 9:11 AM

**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Santoro, Christopher A (EOIR) <Christopher.Santoro@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>; Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>; Maggard, Print (EOIR) <Print.Maggard@EOIR.USDOJ.GOV>; Cheng, Mary (EOIR) <Mary.Cheng@EOIR.USDOJ.GOV>; Murry, Anthony (EOIR) <Anthony.Murry@EOIR.USDOJ.GOV>; McDaniel, James P. (EOIR) <James.McDaniel@EOIR.USDOJ.GOV>; Ward, Lisa (EOIR) <Lisa.Ward@EOIR.USDOJ.GOV>; Sheehey, Kate (EOIR) <Kate.Sheehey@EOIR.USDOJ.GOV>

**Cc:** Butler, Vicki A. (EOIR) <Vicki.Butler@EOIR.USDOJ.GOV>; Moutinho, Deborah (EOIR) <Deborah.Moutinho@EOIR.USDOJ.GOV>; Taylor, Charlotte (EOIR) <Charlotte.Taylor@EOIR.USDOJ.GOV>; Brown, George (EOIR) <George.Brown@EOIR.USDOJ.GOV>; Ortiz-Ang, Susana (EOIR) <Susana.Ortiz-Ang@EOIR.USDOJ.GOV>; Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>; Yaseen, Rabbia (EOIR) <Rabbia.Yaseen@EOIR.USDOJ.GOV>; Barbee, Judy (EOIR) <Judy.Barbee@EOIR.USDOJ.GOV>; Roldan, Martin (EOIR) <Martin.Roldan@EOIR.USDOJ.GOV>; Giles, Naomi (EOIR) <Naomi.Giles@EOIR.USDOJ.GOV>; Pryor, Holly (EOIR) <Holly.Pryor@EOIR.USDOJ.GOV>; Himsey, Vanessa (EOIR) <Vanessa.Himsey@EOIR.USDOJ.GOV>; Coleman, Briana (EOIR) <Briana.Coleman@EOIR.USDOJ.GOV>

**Subject:** AG signed and approved 1 Permanent Appointment Order regarding an Immigration Judge position dated 06/06/18



Thanks, RC

*R. Caldwell*

Executive Secretariat
Executive Office for Immigration Review, USDOJ
Administrative Resource Center (ARC)
5107 Leesburg Pike, Suite 1800
Falls Church, VA 22554
Direct – (703) 605-0590

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **To:** | McHenry, James (EOIR) |
| **Cc:** | Reilly, Katherine (EOIR) |
| **Subject:** | Vance Spath |
| **Date:** | Monday, June 18, 2018 5:07:57 PM |

We have confirmed that he will be able to EOD on 9/2.


His departure date is after that, but that's ok.   His official end of service date is 11/1/2018, but he will go on what they call "terminal leave" in time to EOD on Sep 2. Also, apparently all of the powers that be that need to consent to him leaving have apparently done so, and he feels confident that 9/2 is not an issue.

| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **To:** | McHenry, James (EOIR); Reilly, Katherine (EOIR); Keller, Mary Beth (EOIR); Santoro, Christopher A (EOIR); Maggard, Print (EOIR); Cheng, Mary (EOIR); Adams, Amanda (EOIR) |
| **Subject:** | RE: IJ EOD list |
| **Date:** | Friday, June 22, 2018 11:04:10 AM |

Updated list from what I sent yesterday, and looping in a few more people – this list includes our three newest July EOD's.  This gives us a July class of 20 new IJs with a possibility of one more.

Kate

July EOD - certain

Fellrath, Robert

Los Angeles

French, Kathlen

Otero

Gilbert, Daniel

Harlingen

Golovnin, Lena

NYC

Gordon, Cynthia

NYC


Herbert, Nathan

El Paso


Hom, Howard

NYC


Huddleston, Natalie

Los Angeles


Koelsch, David

Baltimore


Laragy, William

Oakdale

Mahasa, Zakia

Baltimore


McFarland, Michael

NYC


Miller, Nancy

Los Angeles

Munson, Angela

LaSalle (but Atlanta for EOD)

Salovaara, Kaarina

Chicago

Thogersen, Cassie

LaSalle (but Oakdale for EOD)

Tijerina, Eric

San Antonio

Walleisa, Michael

Miami

Ward, George

Falls Church

Waterloo, Jason

Los Angeles

July EOD - possible

Vargas-Padilla, Nelson

Ulster

likely, although hasn't rec'd official offer yet



Carr, Audrey

Bloomington

Jasso, Jaime

Imperial

Nance, Jeffrey

Stewart

Perry, Anne

Los Angeles


Spath, Vance

Arlington


EOD needs to be set



| | |
|---|---|
| **From:** | Sheehey, Kate (EOIR) |
| **To:** | McHenry, James (EOIR) |
| **Cc:** | Reilly, Katherine (EOIR) |
| **Subject:** | IJ candidates in process |
| **Date:** | Monday, June 25, 2018 5:14:00 PM |
| **Attachments:** | IJ candidate list.xlsx |

Attached, please find my list of IJ candidates in process.  I am getting to ███ if we count declinations, but not ███.
Not sure who I'm missing.

| Applicant | Locations |
|---|---|
| Owens, Jonathan | Cleveland ~~Chicago~~ |
| McCloskey, Paul | Arlington |
| Spath, Vance | Arlington |
| Torg, Cynthia | Arlington |
| Person 1, Jan 2018 ad | Arlington |
| Mendez, Francisco | Arlington |
| Koelsch, David | Baltimore |
| Mahasa, Zakia | BALTIMORE |
| Carr, Audrey | Bloomington |
| Masters, Todd | Boston |
| McKenna, Patrick | CHICAGO |
| Salovaara, Kaarina | Chicago |
| (b)(6) | |
| Person 1, April 2018 ad | Conroe |
| Person 2, April 2018 Ad | Conroe |
| Person 3, April 2018 Ad | Conroe |
| Herbert, Nathan | El Paso |
| April 2018 Ad | Elizabeth |
| Castaneda, Julian | Eloy |
| Behne,Audra | Falls Church |
| Farrar-Crockett, Emily | Falls Church |
| (b)(6) | |
| Ward, George | Falls Church |
| Bales, Eric | Fort Worth |
| (b)(6) | |
| Guidry, Monica | Fort Worth |
| Hart, Brandon | Fort Worth |
| Jacobs, Richard | Fort Worth |
| Leonard, Joseph | Fort Worth |
| Martinez, Hugo | Fort Worth |
| May, Jennifer | Fort Worth |
| April 2018 Ad | Fort Worth |
| Gilbert, Daniel | HARLINGEN |
| Jasso, Jaime | Imperial |
| Crooks, Grady | La Salle |
| Fuller, Steven | La Salle |
| Landis, Brent | La Salle |
| Munson, Angela | La Salle |
| Thogersen, Cassie | La Salle |
| Person 1, April 2018 ad | Las Vegas |
| Person 2, April 2018 Ad | Las Vegas |
| Allen, Janette | Los Angeles |
| Chon, Hye | Los Angeles |
| Fellrath, Robert | LOS ANGELES |

| | |
|---|---|
| Francis, Leon | Los Angeles |
| Guerrero, Marni | Los Angeles |
| Huddleston, Natalie | LOS ANGELES |
| Juelle, Carlos | LOS ANGELES |
| (b)(6) | |
| Martz, Nicholas | Los Angeles |
| Miller, Jeffrey | Los Angeles |
| Miller, Nancy | LOS ANGELES |
| Patti, Sebastian | LOS ANGELES |
| Perry, Anne | LOS ANGELES |
| Simons, Anita | LOS ANGELES |
| Waterloo, Jason | LOS ANGELES |
| Person 1, March 2018 Ad | Louisville |
| Person 2, March 2018 Ad | Louisville |
| Person 3, March 2018 Ad | Louisville |
| April 2018 Ad | Memphis |
| Walleisa, Michael | MIAMI |
| (b)(6) | |
| Factor, Sam | NEW YORK |
| Golovnin, Lena | NEW YORK |
| Gordon, Cynthia | NEW YORK |
| Hom, Howard | NEW YORK |
| McFarland, Michael | NEW YORK |
| Palmer, Brian | New York |
| Spencer, Oshea | New York |
| (b)(6) | |
| Ranasinghe, Arya | Newark |
| Person from prev ad | Newark |
| Laragy, William | OAKDALE |
| Meyer, Abby | Omaha |
| Fernandez, Lorely | OTERO |
| French, Kathleen | OTERO |
| Taylor, Brock | Otero |
| Alcorn, Stuart | Pearsall |
| (b)(6) | |
| April 2018 Ad | Philadelphia |
| Tijerina, Eric | SAN ANTONIO |
| Figueroa, Laura | SAN FRANCISCO |
| (b)(6) | |
| Moorwood, Dion | San Francisco |
| Star, Shadee | SAN FRANCISCO |
| Person 1, April 2018 ad | SAN FRANCISCO |
| Person 2, April 2018 Ad | SAN FRANCISCO |
| Person 3, April 2018 Ad | SAN FRANCISCO |

(b)(6)

| | |
|---|---|
| April 2018 Ad | Seattle |
| Nance, Jeffrey | STEWART |
| April 2018 Ad | Stewart |
| Floyd, Charles | Tacoma |
| Vargas-Padilla, Nelson | Ulster |
| Hartye, Alice | York |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| From: | Sheehey, Kate (EOIR) |
|---|---|
| To: | McHenry, James (EOIR); Reilly, Katherine (EOIR); Keller, Mary Beth (EOIR); Santoro, Christopher A (EOIR); Adams, Amanda (EOIR) |
| Subject: | RE: Another IJ EOD for July |
| Date: | Thursday, July 05, 2018 11:22:09 AM |

All – I accidentally left off Patrick McKenna.  Make it a definite 22 for next week.  Below email is corrected.

---

**From:** Sheehey, Kate (EOIR)
**Sent:** Thursday, July 5, 2018 11:01 AM
**To:** McHenry, James (EOIR) <James.McHenry@EOIR.USDOJ.GOV>; Reilly, Katherine (EOIR) <Katherine.Reilly@EOIR.USDOJ.GOV>; Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>; Santoro, Christopher A (EOIR) <Christopher.Santoro@EOIR.USDOJ.GOV>; Adams, Amanda (EOIR) <Amanda.Adams@EOIR.USDOJ.GOV>
**Subject:** Another IJ EOD for July

We just got another new EOD for Sunday!  This brings us to 22 IJs coming next week.

## Stuart Douglas Alcorn (Pearsall)  EOD 7/8/2018

I'm still hoping that we're going to get Jonathan Owens (Cleveland) signed off, but that hasn't happened just yet.

Here's where I am with IJ EOD's, below.  You'll notice we've also added Steven Fuller, who will be coming in September, and we expect to have an EOD date before the end of the day for Grady Crooks (just haven't caught him on the phone yet).

OCIJ will still get the normal notices of new EOD from HR, but given the fact that I expect there will be some coordinating and Mr. Alcorn will EOD this weekend, I wanted to let you know asap.

Kate

| July EOD - certain | |
|---|---|
| Alcorn, Stuart | Pearsall |
| Fellrath, Robert | Los Angeles |
| French, Kathlen | Otero |
| Gilbert, Daniel | Harlingen |
| Golovnin, Lena | NYC |
| Gordon, Cynthia | NYC |
| Herbert, Nathan | El Paso |
| Hom, Howard | NYC |
| Huddleston, Natalie | Los Angeles |
| Koelsch, David | Baltimore |

| | |
|---|---|
| Laragy, William | Oakdale |
| Mahasa, Zakia | Baltimore |
| McFarland, Michael | NYC |
| McKenna, Patrick | Chicago |
| Miller, Nancy | Los Angeles |
| Munson, Angela | LaSalle |
| Salovaara, Kaarina | Chicago |
| Tijerina, Eric | San Antonio |
| Vargas-Padilla, Nelson | Ulster |
| Walleisa, Michael | Miami |
| Ward, George | Falls Church |
| Waterloo, Jason | Los Angeles |
| | |
| **July EOD - possible** | |
| Owens, Jonathan | Cleveland |
| | |
| **Sept EOD - certain** | |
| (b)(6) | |
| Carr, Audrey | Bloomington |
| Fuller, Steven | LaSalle |
| Jasso, Jaime | Imperial |
| Nance, Jeffrey | Stewart |
| Perry, Anne | Los Angeles |
| Spath, Vance | Arlington |
| Thogersen, Cassie | LaSalle |
| | |
| **EOD needs to be set** | |
| Crooks, Grady | LaSalle |
| (b)(6) | |

| | |
|---|---|
| **From:** | Ward, Lisa (EOIR) |
| **To:** | Sheehey, Kate (EOIR); Santoro, Christopher A (EOIR) |
| **Subject:** | Fwd: Arlington Immigration Judge Candidate Request for an EOD Date in 2018 |
| **Date:** | Wednesday, August 02, 2017 8:02:38 PM |

FYI.


Begin forwarded message:


> **From:** "Keller, Mary Beth (EOIR)" <MaryBeth.Keller@EOIR.USDOJ.GOV>
> **Date:** August 2, 2017 at 7:53:16 PM EDT
> **To:** "McHenry, James (EOIR)" <James.McHenry@EOIR.USDOJ.GOV>
> **Cc:** "Reilly, Katherine - OGC (EOIR)" <Katherine.Reilly@EOIR.USDOJ.GOV>,
> "Ward, Lisa (EOIR)" <Lisa.Ward@EOIR.USDOJ.GOV>
> **Subject: FW: Arlington Immigration Judge Candidate Request for an EOD Date in 2018**


James,



Duplicate

Thanks.
Mtk


*MaryBeth Keller*


> **From:** Lee-Sullivan, Marcia L. (EOIR)
> **Sent:** Wednesday, August 02, 2017 4:01 PM
> **To:** Keller, Mary Beth (EOIR) <MaryBeth.Keller@EOIR.USDOJ.GOV>
> **Cc:** Lee-Sullivan, Marcia L. (EOIR) <Marcia.Lee-Sullivan@EOIR.USDOJ.GOV>
> **Subject:** Arlington Immigration Judge Candidate Request for an EOD Date in 2018
> **Importance:** High


Judge Keller,